

CV-06 2536

UNITED STATES DISTRICT COURT
EASTERN DISTRICT FOR THE STATE OF NEW YORK
-------------------------------------------------X
JOHN J PETITO, AN INDIVIDUAL;
AND DOES 1-500 WORKING INTEREST WELL OWNERS;
AND DOES 1-800 WYOMING-BIG HORN WI OWNERS;
AND DOES 1-5000 ENERGYTEC INC STOCKHOLDERS;           :

        PLAINTIFF(S),

    AGAINST

ERIC A BREWSTER, AN INDIVIDUAL;
AND BENEDUM BENJAMIN THOMAS, AN INDIVIDUAL;
AND SPRADLIN BILLIE CHARLES, AN INDIVIDUAL;
AND METGHALCHI MASSOUD, AN INDIVIDUAL;
AND DON L LAMBERT, AN INDIVIDUAL;
AND DOROTHEA WESTBROOK KREMPEIN, AN INDIVIDUAL;  :  COMPLAINT
AND PAUL J WILLINGHAM, AN INDIVIDUAL;                 :
AND GENE ROSS BESEN, AN INDIVIDUAL;                  :
AND JEFFREY M TILLOTSON, AN INDIVIDUAL;              :    "JURY
AND MARGARET NIVER MCGANN, AN INDIVIDUAL; (S.I.:)   TRIAL
AND RICHARD A SMITH, AN INDIVIDUAL;                :  DEMANDED"
AND ERIK A CHRISTIANSEN, AN INDIVIDUAL;            :
AND MARK LEHMAN, AN INDIVIDUAL;                      :
AND PARSONS BEHLE & LATIMER, A LAW FIRM;             :
AND FLORA BERRY, AN INDIVIDUAL;                      :
AND RICHARD STAATS, AN INDIVIDUAL;                 :
AND ENERGYTEC INC, A CORPORATION;                   :
AND DOES 1-100,                                    :
                                         :
                                         :
                                         :
                   DEFENDANTS.       :
-------------------------------------------------X

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 2 3 2006 ★

LONG ISLAND OFFICE

FEUERSTEIN, S
LINDSAY, M.A.

    FIRST: I, JOHN J PETITO ("BIG JOHN"), AM FILING THIS

COMPLAINT "PRO SE" AS PLAINTIFF. I ALSO AM INCLUDING, AS ALLOWED

BY THE COURT AS IT SEES FIT, THE "PLAINTIFF GROUPS" OF PERSONS

SIMILARLY SITUATED TO THE SAME CLAIMS AND HARM THAT I HAVE SUFFERED

AND AM SUFFERING AND AM ENTITLED TO, WHOSE NAMES AND ADDRESSES ARE

UNKNOWN TO ME. SUCH PLAINTIFF GROUPS ARE AS FOLLOWS;

    A) WORKING INTEREST WELL OWNERS (DOESWORKWELL), AND
    B) WYOMING-BIG HORN WORKING INTEREST OWNERS (DOESWYOBIG), AND
    C) ENERGYTEC INC STOCKHOLDERS (DOESEYTC).

-1-

AT ALL TIMES HEREINAFTER MENTIONED, I WAS AND AM A RESIDENT OF THE
STATE OF NEW YORK AND RESIDED, AS WELL AS CURRENTLY RESIDE, AT ONE
SANFORD COURT, NORTH WOODMERE, NY 11581.

SECOND:  THE KNOWN DEFENDANTS RESIDE IN DIFFERENT CITIES,
COUNTIES AND STATES.  THE KNOWN DEFENDANTS' RESIDENT ADDRESSES ALL
ARE IN THE UNITED STATES OF AMERICA.  THE ACTUAL LISTING OF THE
KNOWN DEFENDANTS' NAMES AND ADDRESSES OF RESIDENCE ARE AS FOLLOWS
(ITEM "R" WILL DISCUSS DOE-DEFENDANTS RESIDENCES):

A) ERIC A BREWSTER ("BREWSTER"), ENERGYTEC SECY, DIRECTOR,
AND SON-IN-LAW OF FRANK W COLE (OUSTED CEO,CFO,CH OF BOARD) IS
SHOWN TO RESIDE AT 217 SANTA FE TRAIL, WAXAHACHIE  TX 75165.

B) BENEDUM BENJAMIN THOMAS ("THOMAS"), INTERIM CHAIRMAN OF
THE BOARD OF ENERGYTEC IS SHOWN ON THE "SEC FORM 3" TO RESIDE AT
131 EAST MAIN STREET (FIRST FIDELITY BANK BUILDING  - SUITE 200),
NORMAN  OK 73069.

C) SPRADLIN BILLIE CHARLES ("CHARLES"), DIRECTOR OF
ENERGYTEC IS SHOWN TO RESIDE AT 29 RIM ROAD, KILGORE  TX 75662.

D) METGHALCHI MASSOUD ("MASSOUD"), DIRECTOR OF ENERGYTEC
(RESIGNED 2/20/06)  IS SHOWN TO RESIDE AT 22 SUGAR BERRY CIRCLE,
HOUSTON  TX 77024.

E) DON L LAMBERT ("LAMBERT"), INTERIM CEO OF ENERGYTEC
IS SHOWN TO RESIDE AT 14719 FARM ROAD (986), TERRELL  TX 75160
(FORMERLY SHOWN TO RESIDE AT 10 HAYNES CIRCLE, TERRELL  TX 85160).

F) DOROTHEA WESTBROOK KREMPEIN ("KREMPEIN"), INTERIM CFO
OF ENERGYTEC IS SHOWN TO RESIDE AT 5849 PEBBLESTONE LANE, PLANO  TX
75093.

-2-

G) PAUL J WILLINGHAM ("WILLINGHAM"), VP-CONTROLLER OF ENERGYTEC (SUBORDINATE TO "KREMPEIN") IS SHOWN TO RESIDE AT 1170 SORRENCO DRIVE, FRISCO  TX 75035.

H) GENE ROSS BESEN ("BESEN"), ATTORNEY IS SHOWN TO WORK AT SECORE & WALLER LLP (SHARON JONES TO ACCEPT SERVICE), SUCH ADDRESS BEING 12221 MERIT DRIVE (SUITE 1100), DALLAS  TX 75251.

I) JEFFREY M TILLOTSON ("TILLOTSON"), ATTORNEY IS SHOWN TO WORK AT LYNN TILLOTSON & PINKER LLP (ERIN OR MELISSA WAITS TO ACCEPT SERVICE), SUCH ADDRESSgwBEING 750 N ST PAUL (SUITE 1400), DALLAS  TX 75201.

J) MARGARET NIVER MCGANN ("MCGANN"), ATTORNEY IS SHOWN TO WORK AT PO BOX 45898, 201 S MAIN STREET (SUITE 1800), SALT LAKE CITY  UT 84145.

K) RICHARD A SMITH ("SMITH"), ATTORNEY IS SHOWN TO WORK AT LYNN TILLOTSON & PINKER LLP (ERIN OR MELISSA WAITS TO ACCEPT SERVICE), SUCH ADDRESS BEING 750 N ST PAUL (SUITE 1400), DALLAS  TX 75201.

L) ERIK A CHRISTIANSEN ("CHRISTIANSEN"), ATTORNEY IS SHOWN TO WORK AT PARSONS BEHLE & LATIMER (KATHY OR ERIK TO ACCEPT SERVICE), SUCH ADDRESS BEING ONE UTAH CENTER, PO BOX 45898, 201 S MAIN STREET (SUITE 1800), SALT LAKE CITY  UT 84145.

M) MARK LEHMAN ("LEHMAN"), ATTORNEY IS SHOWN TO WORK AT PARSONS BEHLE & LATIMER (KATHY OR ERIK TO ACCEPT SERVICE), SUCH ADDRESS BEING ONE UTAH CENTER, PO BOX 45898, 201 S MAIN STREET (SUITE 1800), SALT LAKE CITY  UT 84145.

-3-

N) PARSONS BEHLE & LATIMER ("PARSONS") IS A LAW FIRM (KATHY OR ERIK TO ACCEPT SERVICE) LOCATED AT ONE UTAH CENTER, PO BOX 45898, 201 S MAIN STREET (SUITE 1800), SALT LAKE CITY  UT 84145.

O) FLORA BERRY ("BERRY"), OFFICE HELP AT ENERGYTEC IS SHOWN TO WORK AT ENERGYTEC INC, 14785 PRESTON ROAD (SUITE 550), DALLAS TX 75254.

P) RICHARD STAATS ("STAATS"), OFFICE WORKER AT ENERGYTEC IS SHOWN TO WORK AT ENERGYTEC INC, 14785 PRESTON ROAD (SUITE 550), DALLAS  TX 75254.

Q) ENERGYTEC INC ("ENERGYTEC") IS A CORPORATION LOCATED AT 14785 PRESTON ROAD (SUITE 550), DALLAS  TX  75254.

R) THE DOE-DEFENDANTS' RESIDENT ADDRESSES ARE NOT KNOWN. THE TRUE NAMES AND ADDRESSES OF THE DOE-DEFENDANTS SUED HEREIN AS DOES 1 THROUGH 100, INCLUSIVE, ARE UNKNOWN TO PLAINTIFF(S), WHO THEREFORE SUES SAID DOE-DEFENDANTS BY SUCH FICTITIOUS NAMES.

THIRD:  THIS COMPLAINT IS BEING FILED AT THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK.  THE LOCATION OF FILING IS THE LONG ISLAND COURTHOUSE, LOCATED AT 100 FEDERAL PLAZA, CENTRAL ISLIP NY  11722.  THIS VENUE OF SELECTION IS PROPER AS PER U.S. CODE TITLE 28, PART IV, CHAPTER 87, SECT.1391 AND IN THE PRO SE OFFICE'S COMMON VENUE PROVISIONS DISCUSSION HANDOUT. SUCH PUBLICATION DICTATES THAT THIS PARTICULAR COURTHOUSE HAS JURISDICTION OVER MY COMPLAINT DUE TO ISSUES FITTING IN 28 USC SECT. 1391 PARAMETERS.  SUCH VENUE RULING DICTATES,

-4-

"...SUBSTANTIAL PART OF PROPERTY THAT IS THE SUBJECT OF THE ACTION
IS SITUATED...(THAT BEING BIG JOHN'S, DOESWORKWELLS'S, DOESWYOBIG'S
AND DOESEYTC'S MONEYS AND TITLES HELD IS SITUATED)" AND
"...A JUDICIAL DISTRICT IN WHICH A SUBSTANTIAL PART OF THE EVENTS
GIVE RISE...(THAT BEING BIG JOHN'S, DOESWORKWELLS'S, DOESWYOBIG'S
AND DOESEYTC'S PHONE CALLS AND CORRESPONDENCES GAVE RISE)," THEN AN
ACTION MAY BE BROUGHT WHEREIN THE PLAINTIFF(S) RESIDES.

FOURTH:  JURISDICTION IS PROPER IN THIS COURT PURSUANT TO, BUT
NOT LIMITED TO, U.S.C. TITLE 15, CHAPTER 98, SEC OF 1933, SECT. 22,
U.S.C. TITLE 25, SECT. 116, SARBANES-OXLEY ACT OF 2002, AND
SEC EXCHANGE ACT OF 1934, SECTIONS 301, 302, 303, 304 AND 305.
THE DESCRIPTIONS FOR "CAUSES OF ACTIONS," ARE, BUT NOT LIMITED TO,

A) OFFICER BREACH OF FIDUCIARY CONTRACT,

B) OFFICER FIDUCIARY IRRESPONSIBILITY,

C) OFFICER IRRESPONSIBILITY,

D) OFFICER INTENTIONAL ACTS OF FRAUD,

E) OFFICER INTENTIONAL ACTS OF EMBEZZLEMENT,

F) OFFICER INTENTIONAL MALFEASANCE,

G) OFFICER INTENTIONAL LIBEL AND SLANDER,

H) OFFICER LEGAL THEFT OF STOCKHOLDER PROPERTY,

I) OFFICER INTENT TO DECEIVE,

J) OFFICER INTENT TO MISLEAD,

K) OFFICER BREACH OF CONTRACT,

L) BOARD OF DIRECTOR BREACH OF FIDUCIARY CONTRACT,

M) BOARD OF DIRECTOR FIDUCIARY IRRESPONSIBILITY,

N) BOARD OF DIRECTOR IRRESPONSIBILITY,

O) BOARD OF DIRECTOR INTENTIONAL ACTS OF FRAUD,

P) BOARD OF DIRECTOR INTENTIONAL ACTS OF EMBEZZLEMENT,

Q) BOARD OF DIRECTOR INTENTIONAL MALFEASANCE,

R) BOARD OF DIRECTOR INTENTIONAL LIBEL AND SLANDER,

S) BOARD OF DIRECTOR LEGAL THEFT OF STOCKHOLDER PROPERTY,

T) BOARD OF DIRECTOR INTENT TO DECEIVE,

U) BOARD OF DIRECTOR INTENT TO MISLEAD,

V) BOARD OF DIRECTOR BREACH OF CONTRACT,

W) CONSPIRACY BETWEEN BOARD OF DIRECTORS AND OFFICERS TO PERPETRATE
   "A SCHEME TO DRIVE ENERGYTEC STOCK DOWN INTO THE GROUND," BY
   FIRING FRANK W COLE ON 3/20/06 FOR 5 REASONS AND THEN, TO DATE,
   ALL 5 REASONS HAVE DISAPPEARED SINCE NO WRONG-DOING HAS BEEN
   FOUND TO CONSTITUTE BRINGING CHARGES AGAINST FRANK W COLE AS A
   DEFENDANT IN ANY LAWSUIT - THUS IT WAS ORCHESTRATED BETWEEN
   "LAMBERT,""BREWSTER,""THOMAS, AND "CHARLES" TO GET RID OF
   FRANK W COLE (AND JO JACKSON), "TANK THE STOCK OF ENERGYTEC
   (OF COURSE THEY HAD TO KNOW SUCH WOULD HAPPEN),""STEAL BACK THE
   WORKING INTEREST WELLS BY "ITEM X SCHEME BELOW," AND THEN
   PROBABLY WILL HAVE AN OUTSIDE COMPANY BUY BACK THE "TANKED
   SHARE PRICE OF ENERGYTEC STOCK," SUCH THAT "LAMBERT-BREWSTER-
   THOMAS-CHARLES-KREMPEIN-WILLINGHAM" WOULD OWN THE MAJORITY
   SHARES OF ALL OUTSTANDING ENERGYTEC STOCK ("MASSOUD" HAD
   RESIGNED FROM THE BOARD ON 2/20/06),

X) CONSPIRACY BETWEEN BOARD OF DIRECTORS AND OFFICERS TO PERPETRATE "A SCHEME TO FRUSTRATE, IGNORE, LIE TO, PRESENT PHONY DOCUMENTS, PRESENT FABRICATED ENGINEERING REPORTS INDICATING LIES ABOUT OIL & GAS WELL PRODUCTION/STATUS TO DOESWORKWELL PLAINTIFFS, THEN OFFER TO BUY BACK THE WELLS FROM "DOESWORKWELL" AT A TREMENDOUSLY BELOW-MARKET PRICE DUE TO THIS SCHEME,"

Y) CONSPIRACY BETWEEN BOARD OF DIRECTORS AND OFFICERS TO "FILE A FRIVOLOUSLY POORLY WRITTEN LAWSUIT (US DISTRICT COURT, 3-06, CV-871-L)" IN RETALIATION TO "BIG JOHN'S" ATTACK ON THE BOARD LETTER (EXHIBIT "A"),

Z) A REFUSAL BY A BOARD MEMBER NAMED "BREWSTER" TO RECEIVE A LETTER FROM A WORKING INTEREST OWNER REGARDING THE "DEMAND FOR DOCUMENTS," (EXHIBIT "B"),

AA) THE ATTEMPT BY AN OFFICER NAMED "LAMBERT," IN YEAR 2002, ONLY 4 MONTHS AFTER BEING HIRED BY "MR. ENERGYTEC, FRANK W COLE," HAD AFTER BEING TOLD TO WRITE A LETTER ON THE LETTERHEAD OF ENERGYTEC TO ANDREW LUNDQUIST (OF THE WHITE HOUSE) FOR A TREMENDOUS SALE OF ITEMS LUNDQUIST WANTED TO BUY (TO SET UP FOR FUTURE SALES), AS DISCUSSED WITH "AN OUTSIDE CONTACT," LAMBERT DECIDED TO WRITE TO LUNDQUIST, INSTEAD, ON THE LETTERHEAD OF AMERICAN ENERGY DEVELOPMENT CORPORATION, LAMBERT'S OWN FAILING SURFRACTANT COMPANY (WHICH HE SEEMED TO HAVE BANKRUPTED) OFFERING AND FOCUSING ON HIS OWN COMPANY'S SURFRACTANT PRODUCT INSTEAD OF WHAT LUNDQUIST HAD WANTED TO BUY FROM ENERGYTEC (NEEDLESS TO SAY, LUNDQUIST WAS ANNOYED AT LAMBERT'S TRICK), SUCH "LETTER OF DECEIT WRITTEN BY LAMBERT IS IN EXHIBIT "C,"

-7-

BB) AN OFFICER NAMED "KREMPEIN," IN CONSPIRACY WITH "LAMBERT"
AND "WILLINGHAM," PERPETRATED THE EMBEZZLEMENT OF CLOSE
TO $ 800,000 OF STOCKHOLDER PROPERTY (LATER JOINED BY
ATTORNEY "LEHMAN" IN AN ATTEMPT TO COVER IT UP AND WOUND
UP SLANDERING "BIG JOHN," INSTEAD),

CC) THE OFFICER NAMED "LAMBERT" WHO SCHEMED WITH THE BOARD
OF DIRECTORS OF ENERGTEC IS A "DIS-BARRED/RESIGNED ATTORNEY,"
SUCH DIS-BARRING/RESIGNING WAS DUE TO "LAMBERT'S THEFT OF
$ 35,000 FROM AN OLD LADY'S LIFE SAVINGS" AND THEN LAMBERT HAD
THE AUDACITY TO CLAIM THAT IT WAS FEES THAT HE EARNED FROM HER,
IN THE AMOUNTS OF $ 20,000 FOR HALF OF ONE DAY PASSING AND THEN
$ 15,000 21 DAYS LATER (SEE EXHIBIT "D"),

DD) THE OFFICER NAMED "LAMBERT" HAS HIRED BACK "EX-EMPLOYEES" OF
ENERGYTEC INC THAT WERE PREVIOUSLY FIRED OR NOT WANTED DUE TO
THEIR PAST DEFICIENCIES IN THEIR WORK ABILITIES (NAMELY
"STAATS" AND "BERRY"), SUCH EMPLOYEES WERE BELIEVED TO BE
LAMBERT'S EX-PARTNER (IN HIS OLD BANKRUPTED COMPANY), AND
LAMBERT'S FRIEND'S WIFE.  THIS "NEPOTISM METHOD OF HIRING" IS
NOT IN THE BEST INTEREST OF ENERGYTEC PLAINTIFFS,

EE) "LAMBERT" IN PREVIOUS YEARS HAD CAUSED THE FIRING OF
PEOPLE THAT HE FEARED WERE GOING TO STAND IN HIS WAY OF TAKING
OVER ENERGYTEC IN THE FUTURE, BY MAKING THINGS DIFFICULT FOR
SUCH PEOPLE OR BLAMING LAMBERT'S OWN MISTAKES ON SUCH PEOPLE,
(FOR EXAMPLE, AN OIL ENGINEER FRANK HAD HIRED WHO WAS TO TAKE
FRANK W COLE'S PLACE WHEN RETIREMENT WOULD COME; AND THE
WELL-KNOWN "BROOKS FREEMAN (VP OF IBM WORLDWIDE)."  ALL THIS

WAS DUE, AS DOCTOR'S SAY, TO LAMBERT'S "NAPOLEAN COMPLEX" AND
"DESIRE TO BECOME AN OIL MAN,"

FF) RUMORS ARE SAID THAT "LAMBERT" WAS INVOLVED IN A $ 200,000
EMBEZZLEMENT, IN ADDITION TO HIS HAVING GONE BANKRUPT, WHICH IS
WHY FRANK W COLE HAD HIRED LAMBERT IN YEAR 2002 BECAUSE HE FELT
SORRY FOR LAMBERT.  AT SUCH TIME, LAMBERT HAD SUFFERED THE
ENDING OF HIS SPOUSE'S TRUST FUND, SO HE NEEDED TO KEEP UP
SOCIAL PRETENSES, AND THEN STARTED UNDERMINING FRANK W COLE
AND ENERGYTEC WITH HIS ACTIONS AND MISDEEDS,

GG) THROUGHOUT YEARS 2002 TO EARLY 2006, LAMBERT'S JOB WAS TO
VERIFY AND SIGN "FRACTIONAL DIVIDED WORKING INTEREST OIL & GAS
WELL ASSIGNMENTS OF LEASE, SEND OUT "OPERATING AGREEMENTS" TO
SUCH WORKING INTEREST OWNERS, PREPARE AND VERIFY ALL PRIVATE
PLACEMENT STOCK OFFERINGS AND SALES FORMS AND PROCEDURES,
PREPARE AND VERIFY ALL FRACTIONAL DIVIDED WORKING INTEREST
OIL & GAS WELL ASSIGNMENTS SALES FORMS AND PROCEDURES (AND
PERCENTAGES OF WELLS SOLD SO HE COULD ALERT FRANK AS TO WHEN
TO SWITCH TO ANOTHER WELL AND/OR LEASE), PREPARE AND VERIFY ALL
WYOMING-BIG HORN FRACTIONAL DIVIDED WORKING INTEREST WELL
ASSIGNMENTS SALES FORMS AND PROCEDURES,  PREPARE AND VERIFY ALL
SPECIAL PROJECTS OF FRACTIONAL DIVIDED WORKING INTEREST OIL &
GAS WELLS AND FIELDS AND ASSIGNMENTS OF LEASES AND SALES FORMS
AND PROCEDURES, HOWEVER, DUE TO LAMBERT'S PROPENSITY TO NOT
PERFORM HIS JOB WITH GREAT CARE TO DETAIL AND ALL ASPECTS, HE
HAS PUT ENERGYTEC IN A GRAVELY BAD POSITION (IF YOU BELIEVE THE
FRIVOLOUS POORLY WRITTEN RUSHED RETALIATORY LAWSUIT TO YOURS

TRULY'S ATTACK ON THE BOARD LETTER - WHICH WAS ALSO SIGNED AND
SENT TO THE BOARD BY MANY WORKING INTEREST OWNERS LAWSUIT
ENERGYTEC FILED "ENERGYTEC INC VS. PHILIP M PROCTOR, ET AL.
3-06-CV-871-L), DUE TO LAMBERT'S "SAYING THAT ALL PRIVATE
PLACEMENT SALES OF STOCK" AND THAT ALL "FRACTIONAL DIVIDED
WORKING INTEREST SALES" AND PAYMENT OF SALES CHARGES ON ALL
SUCH SALES WAS ALSO FINE, IN ADDITION TO HIS NEVER SENDING OUT
"OPERATING AGREEMENTS FOR THE FRACTIONAL DIVIDED WORKING
INTEREST WELLS," SINCE HE NEVER OBVIOUSLY LOOKED AT THE
ASSIGNMENT OF LEASES THAT HE WAS VERIFYING AND SIGNING
THEREOF,

HH)   KREMPEIN & WILLINGHAM ARE ALSO JUST AS GUILTY AS LAMBERT IS
OF "ITEM GG," SINCE THEY WORKED BOTH WORKED FOR "HUTTON,
PATTERSON & COMPANY CPA'S" IN DALLAS TEXAS FOR AT LEAST THE
3 YEARS PRIOR TO 2005 WHEN THEY BECAME EMPLOYED BY ENERGYTEC.
DURING THOSE 3 YEARS, YEARS 2002 THRU 2005, SUCH CPA FIRM WAS
THE "INDEPENDANT CPA FIRM THAT GOT PAID A GREAT DEAL OF MONEY
TO PERFORM AUDITS OF ENERGYTEC'S OPERATIONS AND BOOKS AND
RECORDS FOR THE SEC FILINGS, AND GENERAL BUSINESS NEEDS."
THEREFORE, SINCE THESE "AUDITORS (KREMPEIN AND WILLINGHAM)"
WERE AWARE OF ALL SUCH SALES OF PRIVATE PLACEMENT STOCK, SALES
OF FRACTIONAL DIVIDED WORKING INTEREST OIL & GAS WELLS, SALES
OF SPECIAL PROJECTS IN FRACTIONAL DIVIDED WORKING INTEREST WELL
AND FIELD PROJECTS, IN ADDITION TO SALES CHARGES AND FEES PAID
ON SUCH, IT MUST HAVE ALL BEEN OKAY. ALSO, DEFINITELY ALL
THROUGHOUT, KREMPEIN AND WILLINGHAM, BEING UNDER THE EMPLOY OF

-10-

ENERGYTEC AS EMPLOYEES, THEY DEFINITELY SAW AND APPROVED ALL SUCH SAME ACTIVITY DURING SUCH YEAR.  ALSO, "BREWSTER-THOMAS-CHARLES-MASSOUD-LEHMAN-MCGANN-CHRISTIANSEN-PARSONS-BESEN-TILLOTSON-SMITH" WERE OBVIOUSLY AWARE OF ALL OF THESE SALES AND PAYMENTS OF FEES SINCE THEY WERE ALSO INVOLVED IN ALL SUCH EVENTS FROM YEARS 2002 THRU 2006 AS WELL.  HOWEVER, BASED ON ENERGYTEC'S FILING OF THE "FRIVOLOUS POORLY WRITTEN RETALIATORY LAWSUIT "CV-871-L," THEN "LAMBERT-KREMPEIN-WILLINGHAM-BREWSTER-THOMAS-CHARLES-MASSOUD-LEHMAN-MCGANN-CHRISTIANSEN-PARSONS-BESEN-TILLOTSON-SMITH" WILL SOON NEED TO BE BROUGHT INTO THAT LAWSUIT BY THE MAIN PERSON THEY WERE RETALIATING UNWISELY AGAINST, AS ADDED ON "3RD PARTY CO-DEFENDANTS."  WHEN THAT OCCURS, WHICH WILL BE SOON, IT LOOKS LIKE NOBODY WILL BE AVAILABLE TO RUN ENERGYTEC EXCEPT FRANK W COLE, JO JACKSON, AND CALVIN BASS,

II) IT HAS BEEN WRONGLY STATED BY ENERGYTEC, WITH LEAKS TO THE "WWW.RAGINGBULL.COM MESSAGE BOARD FOR EYTC STOCK," BY "LAMBERT" THROUGH ONE OF HIS STOCK-BROKER FRIENDS, "DOE-DEFENDANT #1," (INITIALS OF PERSON WITHHELD FOR NOW) ABOUT HOW ENERGYTEC BEGAN SELLING "FRACTIONAL DIVIDED WORKING INTEREST OIL & GAS WELLS ("FDWIOGW")."  THE FACT IS THAT IN EARLY TO MID YEAR 2002, ENERGYTEC SOUGHT OUT A "TOP SALESMAN IN THE OIL INDUSTRY" AND ASKED SUCH PERSON TO SELL "FDWIOGW FOR ENERGYTEC (WITH LAMBERT'S APPROVAL AS TO THE VERIFICATION AS TO ITS BEING LEGAL AND OKAY WITH THE SEC)," AND THAT ENERGYTEC WOULD PAY THE

-11-

SALES CHARGES AND FEES (ALSO APPROVED AND VERIFIED BY LAMBERT
TO BE OKAY AND LEGAL WITH THE SEC).  THEREAFTER, ENERGYTEC
ASKED THE SAME "TOP SALESMAN IN THE OIL INDUSTRY" TO SELL THE
"PRIVATE PLACEMENT STOCK" FOR ENERGYTEC (ALSO APPROVED AND
VERIFIED BY LAMBERT TO BE OKAY AND LEGAL WITH THE SEC).
OF COURSE, THIS WAS ALSO ALL APPROVED AND OKAY WITH
"LAMBERT-KREMPEIN-WILLINGHAM-BREWSTER-THOMAS-CHARLES-MASSOUD-
LEHMAN-PARSONS-MCGANN-CHRISTIANSEN-TILLOTSON-SMITH-BESEN-
ENERGYTEC,"

JJ) AFTER FRANK W COLE AND JO JACKSON WERE FIRED, "LAMBERT-
KREMPEIN-WILLINGHAM-BREWSTER-THOMAS-CHARLES" PUT FRANK W COLE'S
GRAND-DAUGHTER, HEATHER ANDERSON (BREWSTER'S STEP-DAUGHTER), IN
THE POSITION OF BEING THE ONLY PERSON TO SPEAK TO ALL THE
WORKING INTEREST WELL OWNERS, WORKING INTEREST OWNERS, AND
STOCKHOLDERS.  "LAMBERT-KREMPEIN-WILLINGHAM-BREWSTER-THOMAS-
CHARLES" WOULD NOT SPEAK WITH ANYBODY, IN FACT WILLINGHAM'S
VOICEMAIL SAID THAT HE WOULD BE RETURNING MESSAGES 3 WEEKS
LATER, BUT NEVER DID.  KREMPEIN'S VOICEMAIL SAID THAT SHE WOULD
GET BACK TO YOU AND DID TO ONLY ABOUT 2% OF ALL CALLS.  ANY
FAXES SENT TO ENERGYTEC WERE NOT RESPONDED TO.  LAMBERT
WOULDN'T SPEAK TO ANYBODY EITHER EXCEPT FOR MAYBE 5% OF THE
CALLS.  PHONE CALLS FROM THE "TOP SALESMAN IN THE OIL INDUSTRY"
AND FROM "BIG JOHN" WERE NEVER RETURNED AND WERE AVOIDED LIKE
THE PLAGUE.  WORKING INTEREST OWNERS AND STOCKHOLDERS ONLY WERE
ABLE TO SPEAK WITH HEATHER ANDERSON, A 23 YEAR OLD TYPIST PUT

IN THE PLACE, STRATEGICALLY, BY "LAMBERT-KREMPEIN-WILLINGHAM-
BREWSTER-THOMAS-CHARLES ("PHANTOMS")" TO ANSWER ALL QUESTIONS.
THIS WAS DISGUSTING THAT THESE "PHANTOMS" FORCED THIS "NAIVE
23 YEAR OLD TO MAKE UP LIES, TELL A LIST OF PRESENTED LIES,
GIVE HALF-THRUTHS, AND BASICALLY FORCED TO SAY ANYTHING TO
JUST GET THE PEOPLE OFF THE PHONE BY PLACATING THEM.  ONE
SUCH LIE WAS, "ENERGYTEC IS CURRENTLY BEING INVESTIGATED BY THE
SEC," WHEN IN REALITY IT WAS JUST A LAW FIRM SPECIALIZING IN
SEC LAW THAT WAS PERFORMING THE INVESTIGATION.  ON 5/4/06,
THERE WAS A BARRAGE OF PHONE CALLS BY THE WORKING INTEREST
OWNERS TO ASK FOR THEIR "OPERATING AGREEMENTS," WHICH MOST
OF US KNEW NEVER EXISTED AT ALL.  HEATHER ANDERSON TOLD 3
DIFFERENT ANSWERS TO THE SAME PEOPLE WITHIN HOURS OF EACH
OTHER, ALL LIES (ONE WAS MADE UP BY HEATHER IN THE MORNING-
THAT IT WAS THE PURCHASE AGREEMENT; THE NEXT ONE WAS TOLD TO
HEATHER BY THE "PHANTOMS" FOR HER TO SAY AFTER THERE WAS AN
OFFICE MEETING - THAT WAS SUCH THAT THEY WERE LOOKING FOR THEM
AND WOULD CALL US UP WHEN THEY ARE FOUND; AND THE 3RD WAS IN
THE AFTERNOON AFTER A MEETING WITH THE LAWYERS - WHICH WAS
THE LAWYERS ARE REVIEWING THEM AND WE WILL BE MAILING THEM OUT
DURING THE WEEK OF MAY 8TH).  WE STILL ARE WAITING FOR SUCH
"OPERATING AGREEMENT," WHICH NEVER EXISTED, SO IF THE
"PHANTOMS" SEND THEM OUT, EACH MAILING CARRIES A "MAIL FRAUD
CHARGE WITH IT."  THIS WAS HORRIBLE THAT THE "WORKING INTEREST
OWNERS AND STOCKHOLDERS ARE BEING TREATED LIKE THIS, AS WE

-13-

WORKING INTEREST OWNERS HAD BROUGHT INTO ENERGYTEC OVER THE
YEARS ABOUT $ 120 MILLION, AND SOME OF US WHO BOUGHT STOCK
ALONG WITH THE OTHER STOCKHOLDERS AND BROUGHT INTO ENERGYTEC
OVER ABOUT $ 300 MILLION FROM STOCK PURCHASES (I ESTIMATE).
WHAT IS TRULY WORSE IS THAT "BREWSTER" WOULD ALLOW THIS TO
HAPPEN TO HIS STEP-DAUGHTER, HEATHER ANDERSON.  THE ONLY
REASON WHY HEATHER ANDERSON IS NOT A DEFENDANT IN THIS CASE, IS
BECAUSE OF MY RESPECT FOR FRANK W COLE AND MY SYMPATHY FOR
HEATHER ANDERSON.  DUE TO MY "ATTACK ON THE BOARD LETTER,
"EXHIBIT A," IT CAUSED HEATHER ANDERSON TO OPEN UP HER EYES AND
QUIT, EVEN THOUGH ENERGYTEC IS LYING AND SAYING THAT THEY FIRED
HER.  I AM HAPPY THAT I EVEN HELPED HER TO APPLY FOR
FINANCIAL AID FOR GRADUATE SCHOOL (SHOWS WHAT TYPE OF PERSON
"BREWSTER" IS, NOT TO EVEN HELP WITH GRADUATE SCHOOL TUITION!),

KK) IN EARLY MARCH 2006, FRANK W COLE HAD WRITTEN A LETTER TO THE
WORKING INTEREST OWNERS THAT THERE WAS AN OUTSIDE COMPANY WHO
WANTED TO BUY OUR WELLS FROM US.  LAMBERT HAD MET SUCH COMPANY
WITH FRANK W COLE IN THE ENERGYTEC OFFICE.  AFTER FRANK W COLE
WAS FIRED, LAMBERT LIED TO WORKING INTEREST OWNERS AND HAD
HEATHER ANDERSON-KREMPEIN-WILLINGHAM LIE AS WELL BY SAYING THAT
NO SUCH COMPANY EVER EXISTED AND THAT FRANK W COLE JUST MADE IT
UP, SO "EITHER WE LISTEN TO A DIS-BARRED/RESIGNED THIEF
ATTORNEY OR SUCH SLIME SAYING THAT FRANK WAS BAD,"

LL) THE ATTORNEYS, "LEHMAN-CHRISTIANSEN-PARSONS-SMITH" ARE
PERFORMING LEGAL WORK FOR ENERGYTEC AND GETTING PAID, BUT

-14-

THEY ARE NOT ADMITTED TO PRACTICE LAW IN THE STATE OF

TEXAS, AS PER THE TEXAS BAR ASSOCIATION (EXHIBIT "E"),

MM) "KREMPEIN & WILLINGHAM" ARE ILLEGALLY CHANGING THE NAMES

OF THE "WORKING INTEREST OWNERS' MONTHLY CHECKS" AND ALSO

"NOT PAYING THOSE THAT THEY SHOULD," IN ADDITION TO

"NOT ANSWERING WORKING INTEREST OWNERS PHONE CALLS COMPLAINING

OF EXPENSES FOR WELLS THAT DON'T BELONG IN THEIR PARTICULAR

OWNERSHIP,"

NN) "LAMBERT" IS TELLING WORKING INTEREST OWNERS THAT, "MOST

OF THE WELLS ARE SH.T," EVEN BEFORE HE KNOW WHAT WELLS THE

PERSON OWNS, AND THEN IN THE NEXT BREATH HE STATES THAT

ENERGYTEC WILL OFFER TO BUY THEM BACK (BASICALLY THE OLD

"BAIT AND SWITCH" FLIM-FLAM MAN GAME). HE FURTHER STATES

THAT "FRANK W COLE'S ENGINEERING REPORTS ARE ALL NO GOOD AND

WERE FABRICATED, AND THEN HE STATES THAT ENERGYTEC WILL OFFER

TO BUY YOUR WELLS BACK." LAMBERT DOESN'T REALIZE THAT THE

WORKING INTEREST WELL OWNERS ARE BANDED TOGETHER AND LOVE

THE WELL OWNERSHIPS. HE WILL NOT BE ABLE TO "STEAL THE WELLS

FROM US WITH HIS LIES AND SLANDERING OF FRANK W COLE." LAMBERT

IS NOT AN OIL MAN, IN FACT, THERE ARE NO "OIL MEN" IN THE

DALLAS OFFICE AS MANAGEMENT OR ON THE BOARD. ALL THAT EXISTS

AS MANAGEMENT AND WORKERS PRIMARILY ARE THE FOLLOWING:

OO) THE ENTIRE BOARD OF DIRECTORS AFTER 3/20/06 AND THE OFFICERS

ARE IN BREACH OF CONTRACT AND ARE DEEMED TO HAVE STOLEN THE

REMAINDER OF THE $ 8 MILLION OF THE REDWATER-SULPHUR BLUFF

-15-

PROJECT SINCE THEY SHUT DOWN THE **PROJECT**. THE PROJECT AND 100% WORKING INTEREST OWNED BY OTH**ERS**, NOT ENERGYTEC, IS NOW WORTH ABOUT $ 320 MILLION. AS SUCH, SINCE ENERGYTEC IS IN BREACH OF CONTRACT, THEY HEREBY HAVE JEOPARDIZED AND MAY LOSE THEIR OPTION TO BUY IT BACK FOR $ 12 MILLION. WHAT A HORRIBLE THING TO DO TO THE SHAREHOLDERS, TO LOSE $ 320 MILLION BECAUSE "BREWSTER-THOMAS-CHARLES-MASSOUD-LAMBERT-KREMPEIN-WILLINGHAM" HAVE, DUE TO BASIC STUPIDITY, POSSIBLY LOST THE ABILITY TO BUY SUCH BACK FOR $ 12 MILLION.

PP) NOW THAT THE LAW FIRMS HAVE COME OUT WITH THEIR FRIVOLOUS LAWSUIT, WHICH NOW BRINGS IN ENERGYTEC AND ALL THE DEFENDANTS EXCEPT FOR BERRY & STAATS, AS "3RD PARTY CO-DEFENDANTS," AND THERE ARE NO FORMAL CHARGES AGAINST FRANK W COLE, IT IS PLAIN TO SEE THAT THE BOARD DID INDEED OPERATE IN CONSPIRACY WITH LAMBERT TO HURT THE STOCKHOLDERS AND WORKING INTEREST OWNERS; HOWEVER, NEXT WEEK WILL BRING A "BEHEMOUTH OF A MAELSTROM UPON ALL 18 DEFENDANTS, THE LIKES OF WHICH HAS NEVER BEEN SEEN BEFORE. THE BOARD, "BREWSTER-THOMAS-CHARLES" ARE NOW AGAIN CALLED UPON TO IMMEDIATELY CORRECT YOUR ERROR, AS STATED IN THE ATTACK OF THE BOARD LETTER, EXHIBIT "A," OR SUFFER THE CONSEQUENCES.

    1) "BREWSTER" - CONSPIRED WITH LAMBERT TO FIRE FRANK W COLE SO THEY COULD LEGALLY STEAL BACK THE "44% OF WYOMING BIG-HORN" FROM THE ENRGYTEC STOCKHOLDERS, AMOUNTING TO ABOUT $ 800 MILLION, THAT WAS JUST ABOUT TO BE SOLD BY FRANK W COLE; THEREBY THE MONIES GO TO ENERGYTEC, NOT

-16-

THE STOCKHOLDERS, AND ALSO "TANK THE STOCK" TO DRIVE
ENERGYTEC DOWN INTO THE GROUND AND THEN "PRIVATIZE IT."
HE IS ALSO GUILTY OF "SARBANES-OXLEY VIOLATIONS AND A
MULTITUDE OF OTHER CRIMES AND MISDEEDS,"

2) "THOMAS" - SAME AS #1,

3) "CHARLES" - SAME AS #1,

4) "MASSOUD" - WISE TO HAVE RESIGNED 2/20/06; HE SAW THE
SLIMEY MOVE COMING,

5) "LAMBERT" - A DIS-BARRED/RESIGNED ATTORNEY WHO STOLE
$ 35,000 FROM AN OLD LADY'S LIFE SAVINGS. ALSO, OVER THE
PAST 5 YEARS LAMBERT HAS BEEN TELLING PEOPLE AND LEADING
THEM TO BELIEVE HE IS AN ATTORNEY (TEXAS UPL IS
INVESTIGATING HIM NOW. LAMBERT IS ALSO GUILTY OF
"SARBANES-OXLEY VIOLATIONS AND A MULTITUDE OF OTHER
CRIMES AND MISDEEDS,"

6) "KREMPEIN" - AN EMBEZZLER OF STOCKHOLDER PROPERTY
AMOUNTING TO APPROXIMATELY $ 800,000. FURTHER, SHE IS
GUILTY OF APPROVING THE PRIOR YEARS' AUDIT RESULTS AND
SEC SUBMISSIONS OF REPORTS SINCE HE WAS OBVIOUSLY AWARE
OF ALL ACTIVITIES, PAYMENTS AND SALES (AN INVESTIGATION
IS CURRENTLY STARTED ON HER). SHE IS ALSO GUILTY OF
"SARBANES-OXLEY VIOLATIONS AND A MULTITUDE OF OTHER
CRIMES AND MISDEEDS,"

7) "WILLINGHAM" - A "DEFICIENT CPA" THAT DIDN'T KNOW IN
JANUARY 2006 AT OUR MEETING ABOUT THE YEAR 2005 ENERGY
TAX DEDUCTIONS AND HOW THEY AFFECTED ENERGYTEC AND THE
WORKING INTEREST OWNERS.  HE WAS SO UNKNOWING THAT
FRANK W COLE ORDERED HIM TO DO WHATEVER I TELL HIM TO
DO TAXWISE AND ACCOUNTING WISE FROM THEN ON.  RIGHT NOW,
THERE IS A "CPA BOARD INVESTIGATION TO BE STARTED ON
HIM."  FURTHER, HE IS GUILTY OF APPROVING THE PRIOR
YEARS' AUDIT RESULTS AND SEC SUBMISSIONS OF REPORTS
SINCE HE WAS OBVIOUSLY AWARE OF ALL ACTIVITIES, PAYMENTS
AND SALES.  ALSO, WILLINGHAM IS GUILTY OF SENDING A
"LETTER TO THE SEC" ABOUT FRANK W COLE IN MARCH 2006
BUT LEFT OUT THAT "THESE FIRST 7 PEOPLE (IN ADDITION
TO THE ATTORNEYS BELOW) ARE JUST AS AWARE AND GUILTY OF
ALL SUCH ACTIONS,".  HE IS ALSO GUILTY OF
"SARBANES-OXLEY VIOLATIONS AND A MULTITUDE OF OTHER
CRIMES AND MISDEEDS,"

8) "BESEN" - AN ATTORNEY THAT HAS VIOLATED "ATTORNEY
CODE OF ETHICS" OF "ATTORNEY MIS-REPRESENTATION,
CANDOR TOWARDS THE TRIBUNAL, AND EVEN ILLEGAL FORCING
OF WRONGFUL INFORMATION UNDER DURESS FROM MY
"DOE-DEFENDANT # 2."  THERE HAS BEEN A COMPLAINT
FILED WITH THE PROPER ASSOCIATIONS AND AUTHORITIES,
HE IS ALSO GUILTY OF "SARBANES-OXLEY VIOLATIONS AND A
MULTITUDE OF OTHER CRIMES AND MISDEEDS,"

9) "TILLOTSON" - AN ATTORNEY WHO WROTE A "FRIVOLOUS
   POORLY WRITTEN SLANDERING WRONGFUL RETALIATORY
   LAWSUIT AND HAD THE NERVE TO GET PAID FOR IT,"
   AND ALSO HE IS GUILTY OF "SARBANES-OXLEY
   VIOLATIONS AND IS GUILTY OF A MULTITUDE OF OTHER CRIMES
   AND MISDEEDS,"

10) "MCGANN" - AN ATTORNEY WHO SEEMS TO BE ATTEMPTING TO
    COVER UP AN EMBEZZLEMANT OF STOCKHOLDER PROPERTY, IN
    CONSPIRACY WITH PARSONS.  ALSO SHE WROTE A "FRIVOLOUS
    POORLY WRITTEN SLANDERING WRONGFUL RETALIATORY
    LAWSUIT AND HAD THE NERVE TO GET PAID FOR IT,"
    AND ALSO SHE IS GUILTY OF "SARBANES-OXLEY
    VIOLATIONS AND IS GUILTY OF A MULTITUDE OF OTHER CRIMES
    AND MISDEEDS,"

11) "SMITH" - AN ATTORNEY WHO WROTE A "FRIVOLOUS
    POORLY WRITTEN SLANDERING WRONGFUL RETALIATORY
    LAWSUIT AND HAD THE NERVE TO GET PAID FOR IT,"
    AND ALSO HE IS GUILTY OF "SARBANES-OXLEY
    VIOLATIONS AND IS GUILTY OF A MULTITUDE OF OTHER CRIMES
    AND MISDEEDS,"

12) "CHRISTIANSEN" - AN ATTORNEY WHO SEEMS TO BE ATTEMPTING
    TO COVER UP AN EMBEZZLEMANT OF STOCKHOLDER PROPERTY, IN
    CONSPIRACY WITH PARSONS.  ALSO HE WROTE A "FRIVOLOUS
    POORLY WRITTEN SLANDERING WRONGFUL RETALIATORY
    LAWSUIT AND HAD THE NERVE TO GET PAID FOR IT,"

-19-

AND ALSO HE IS GUILTY OF "SARBANES-OXLEY

VIOLATIONS AND IS GUILTY OF A MULTITUDE OF OTHER CRIMES

AND MISDEEDS,"

13) "LEHMAN" - AN ATTORNEY WHO IS ATTEMPTING TO

COVER UP AN EMBEZZLEMANT OF STOCKHOLDER PROPERTY.

HE ALSO WROTE A "FRIVOLOUS POORLY WRITTEN SLANDERING

WRONGFUL RETALIATORY LAWSUIT AND HAD THE NERVE TO GET

PAID FOR IT," AND ALSO HE IS GUILTY OF

"SARBANES-OXLEY VIOLATIONS AND IS GUILTY OF A MULTITUDE

OF OTHER CRIMES AND MISDEEDS,"

14) "PARSONS" - A LAW FIRM THAT IS ATTEMPTING TO

COVER UP AN EMBEZZLEMANT OF STOCKHOLDER PROPERTY.

SUCH LAW FIRM IS GUILTY OF NOT BEING ADMITTED TO

PRACTICE IN TEXAS AND OF PRESENTING A "FRIVOLOUS

POORLY WRITTEN SLANDERING WRONGFUL RETALIATORY

LAWSUIT AND HAD THE NERVE TO GET PAID FOR IT,"

AND ALSO IT IS GUILTY OF "SARBANES-OXLEY

VIOLATIONS AND IS GUILTY OF A MULTITUDE OF OTHER CRIMES

AND MISDEEDS,"

15) "BERRY" - AN EMPLOYEE OF ENERGYTEC WHOSE WORK WAS

DEFICIENT IN THE PAST TO SUCH A DEGREE, THAT SHE WAS

NOT DESIRED TO BE RE-EMPLOYED, AFTER SHE HAD QUIT.  NOW

SHE IS "A CASE OF NEPOTISM EMPLOYEE" HIRED BECAUSE OF

BEING THE WIFE OF A FRIEND OF LAMBERT, AND THEREBY

TAKING STOCKHOLDER ASSETS WRONGFULLY,

16) "STAATS" - AN EMPLOYEE OF ENERGYTEC WHOSE WORK WAS
DEFICIENT IN THE PAST TO SUCH A DEGREE, THAT HE WAS
FIRED BECAUSE HE WAS DOING HIS OWN PERSONAL SEARCHING
FOR LEASES TO BUY FOR HIMSELF, WHEN HE WAS GETTING PAID
BY ENERGYTEC TO SEARCH FOR LEASES FOR ENERGYTEC TO BUY.
HE ALSO CHARGED PERSONAL TRAVEL EXPENSES TO ENERGYTEC
AND GOT PAID.  WHEN THIS WAS DISCOVERED, HE WAS FIRED.
NOW HE IS "A CASE OF NEPOTISM EMPLOYEE" HIRED BECAUSE OF
BEING THE EX-PARTNER OF LAMBERT'S IN HIS DEFUNCT
BANKRUPTED DECEIT-TYPED LETTERHEAD SURFRACTANT BUSINESS.
AGAIN THIS NOT TAKES AWAY STOCKHOLDER ASSETS WRONGFULLY,

17) "ENERGYTEC" - AS THE EMPLOYER OF (AND PAYOR OF BOARD OF
DIRECTOR FEES, AND OTHER OUTSIDE VENDOR FEES) OF
"BREWSTER-THOMAS-CHARLES-MASSOUD-LAMBERT-KREMPEIN-
WILLINGHAM-BESEN-TILLOTSON-MCGANN-SMITH-CHRISTIANSEN-
LEHMAN-PARSONS-BERRY-STAATS" IS, IN ADDITION TO THE
CRIMINALLY AND CIVIL PERSONAL WRONGFUL ACTIONS OF THE
16 AFORE-MENTIONED PERSONALLY LIABLE INDIVIDUALS;
SAID CORPORATION IS LIKEWISE RESPONSIBLE EACH OF THESE
AFORE-MENTIONED 16 INDIVIDUALS' WRONGFUL ACTIONS, AND
FOR ITS OWN SUCH WRONGFUL ACTIONS.

18) THE TRUE NAMES AND/OR CAPACITIES, WHETHER INDIVIDUAL,
CORPORATE, PARTNERSHIP, ASSOCIATE OR OTHERWISE, OF THE
DOE-DEFENDANTS SUED HEREIN AS DOES 1 THROUGH 100,

INCLUSIVE, ARE UNKNOWN TO PLAINTIFF, WHO THEREFORE SUES
SAID DOE-DEFENDANTS BY SUCH FICTITIOUS NAMES.  PLAINTIFF
IS INFORMED AND BELIEVES, AND THEREON ALLEGES, THAT SUCH
FICTITIOUSLY NAMED DOE-DEFENDANTS ARE LIABLE TO PLAINTIFF
AS SET FORTH HEREIN AS ARE ALL THE OTHER DEFENDANTS, AND
ARE RESPONSIBLE, IN WHOLE OR IN PART, FOR THE DAMAGES
ALLEGED TO HAVE BEEN SUFFERED BY PLAINTIFF.  PLAINTIFF
WILL AMEND THIS COMPLAINT TO STATE THEIR TRUE NAMES AND
CAPACITIES WHEN ASCERTAINED.  PLAINTIFF INTENDS ALL
FURTHER REFERENCES IN THIS COMPLAINT TO "DEFENDANTS" TO
EXPRESSLY INCLUDE REFERNCE TO SUCH FICTITIOUSLY NAMED
DOE-DEFENDANTS.  AT ALL TIMES HEREIN MENTIONED, EACH DOE-
DEFENDANT WAS THE AGENT, PARTNER, JOINT-VENTURER, SERVANT
AND/OR EMPLOYEE AND AUTHORIZED REPRESENTATIVE OF EACH
DEFENDANT AND IN DOING THE ACTIONS HEREIN ALLEGED, ACTED
WITHIN THE SCOPE OF SUCH ACTUAL AND/OR APPARENT
AUTHORITY; SUCH BEING GUILTY INDIVIDUALLY AND AS SUCH
EMPLOYEE.

19) ALL DEFENDANTS ARE GUILTY OF, BUT NOT LIMITED TO,
"CAUSES OF ACTIONS ITEMS A THRU V (INCLUDING NON-OFFICERS
AND NON-DIRECTORS IN THEIR OWN APPLICABLE MANNER AND
ACTIONS," IN ADDITION TO THE AS EACH FOLLOWING SUCH
RELATES OF "CAUSES OF ACTION ITEMS W THRU PP," AND ANY
OTHER ACTIONS THAT ARE COMMENSURATELY DESERVING THEREOF.

ALL ACTIONS BY ALL THE DEFENDANTS ARE MULTIPLE AND CAUSED
HARM AND DAMAGES TO THE PLAINTIFFS, INCLUDING BUT NOT
LIMITED TO, PHYSICAL, EMOTIONAL, MONETARY, PSYCHOLOGICAL,
GENERAL PUBLIC WRONGFUL, SPECIFIC CLASS WRONGFUL,
ETHICAL, SEXUAL, HARRASSFUL, CONTRACTUALLY WRONGFUL,
SLANDEROUS, CRIMINAL, SEC VIOLATING, CIVIL RIGHTS
VIOLATING, CONSTITUTIONAL VIOLATING, AND AMONG OTHERS TO
BE BROUGHT OUT IN COURT.

**FIFTH:** AS A DIRECT AND PROXIMATE RESULT OF DEFENDANTS'
ACTIONS AND/OR OMISSIONS, PLAINTIFFS HAVE BEEN DAMAGED IN
AN AMOUNT TO BE PROVEN AT TRIAL.

WHEREFORE, PLAINTIFFS PRAY FOR JUDGMENT AS FOLLOWS:

1.    DEFENDANTS WHO ARE ATTORNEYS SHOULD BE REFERRED TO
      THEIR PARTICULAR STATE BAR ASSOCIATION FOR THE PROCESS
      OF DIS-BARMENT;

2.    DEFENDANTS WHO HAVE COMMITTED EXTREME CIVIL HARM TO
      SUCH A WRONGFUL LEVEL, AS WAS THEIR PURPOSE,
      THAT IT IS CRIMINAL IN NATURE, AND INTENTIONAL HARM TO
      THE WORKING INTEREST OWNERS, THE STOCKHOLDERS AND THE
      GENERAL PUBLIC, IN SUCH DEGREE AS THEY SHOULD BE
      REFERRED TO THE US ATTORNEY FOR PROSECUTION;

3.    DEFENDANTS WHO HAVE COMMITTED SUCH INTENTIONAL CRIMINAL
      ACTIVITY, INCLUDING BUT NOT LIMITED TO EMBEZZLEMENT,
      THEFT, SCANDALOUSLY MANIPULATION OF THE STOCK AND THE
      WORKING INTEREST OWNERSHIPS, SHOULD BE REFERRED TO THE
      US ATTORNEY FOR PROSECUTION.

4.    COURT TO FORCE THE REMOVAL OF THE BOARD MEMBERS,
      BREWSTER, THOMAS AND CHARLES; AND REPLACING THEM WITH
      MAJORITY SHAREHOLDER OTHER CHOICES.

5.    COURT TO REMOVE LAMBERT, KREMPEIN, WILLINGHAM, BERRY
      AND STAATS; AND ALLOWING THE MAJORITY SHAREHOLDERS'
      BOARD MEMBERS' CHOICES TO CHOOSE.

6.    FOR DAMAGES IN AN AMOUNT TO BE PROVEN AT TRIAL;

7.    FOR COSTS AND REASONABLE PRO SE AND LEGAL STAFF AND
      EXPENSES FEES;

8.    PUNITIVE DAMAGES OF $ 2.5 BILLION, OR AS THE COURT
      SEES FIT, AND COMPENSATORY DAMAGES OF $ 1 BILLION, OR
      AS THE COURT SEES FIT, TO BE PAID TO ALL PLAINTIFFS, AS
      THE COURT SEES FIT, BY THE INDIVIDUALS FROM THEIR OWN
      PERSONAL ASSETS, AND THAT THE COURT ORDERS APPROPRIATE
      ORDERS AS SUCH;

9.    PUNITIVE DAMAGES AND COMPENSATORY DAMAGES TO BE PAID TO
      ALL PLAINTIFFS, AS COURT SEES FIT, BY THE
      CORPORATIONS OR OTHER ENTITY-TYPES FROM THEIR OWN

ASSETS, AND THAT THE COURT **ORDE**RS APPROPRIATE ORDERS AS

SUCH (THEN CAN BE ACCEPTED **OR** REJECTED BY EACH

PARTICULAR PLAINTIFF IN **WHOLE** OR PART SO AS TO NOT

POSSIBLY HURT SAID CORPOR**ATION** OR OTHER ENTITY-TYPES;

10.     ANY AND ALL COSTS WHICH WILL **BE** SPENT BY ME DURING AND

AS A RESULT OF THIS FEDERAL **LA**WSUIT BEING FILED TODAY

HEREIN.

11.     FOR SUCH OTHER AND APPROPR**IATE** RELIEF AS DEEMED

APPROPRIATE BY THE COURT.


RESPECT**FULLY** SUBMITTED,

JO**HN** J **PET**ITO
P**LAINT**I**FF** - PRO SE
ONE SANF**ORD** COURT
NORTH WOO**DM**ERE,  N.Y.  11581
TEL: **(516)** 791-1306


DATE: <u>MAY 23, 2006</u>

EXHIBIT A

JOHN J PETITO
ONE SANFORD COURT
NORTH WOODMERE   NY   11581

MAY 7, 2006

ERIC A BREWSTER
217 SANTA FE TRAIL
WAXAHACHIE   TX   75165

DEAR ERIC,

YOU DON'T KNOW ME BUT I HAVE GREAT LOVE AND RESPECT, AS MANY OTHER PEOPLE
DO, FOR YOUR FATHER-IN-LAW, FRANK W COLE.  AS YOU KNOW, HIS HEART IS ALWAYS IN
THE RIGHT PLACE.  I AM A WORKING INTEREST OWNER OF MANY OIL & GAS WELLS, IN
ADDITION TO THE $ 8 MILLION REDWATER-SULPHUR BLUFF "REDWATERPET OIL & GAS ROYAL
OIL FAMILY DELECTATION LLC, PROJECT" THAT ENERGYTEC SOLD TO ME, AND MANY OTHER
PEOPLE AS WELL.  I, AND OTHER WORKING INTEREST OWNERS REALIZE THAT WE DO OWN
MAJORITY INTEREST IN ABOUT 75% OF THE WELLS IN EAST TEXAS FIELDS, TRIX-LIZ
FIELD, KILGORE FIELD, THE $ 8 MILLION REDWATER-SULPHUR BLUFF "REDWATERPET OIL &
GAS ROYAL OIL DELECTATION LLC," ETC AND WE ALL (258+ OIL WELL PROGRAM OWNERS) DO
NOT APPRECIATE THE WAY IN WHICH OUR PHONE CALLS HAVE BEEN IGNORED AND NOT TAKEN
BY DON, DOROTHEA AND PAUL.  THEN RECENTLY, A NEW NAME, GREG BALL OR HALL IS
SAYING THAT HE IS AN ACCOUNTANT, WHO, I AM TOLD BY OTHER WORKING INTEREST
PEOPLE, SEEMS TO HAVE AS MUCH ACCOUNTING KNOWLEDGE AS A "RECEPTIONIST" WHEN YOU
ASK HIM ACCOUNTING QUESTIONS, BUT HE HAS A NICE PERSONALITY.

I DO NOT KNOW IF YOU ARE AWARE OF THE ANTICS AND BREACHES AND
ACTIONS (CRIMINAL AND CIVIL) THAT ARE BEING PERPETRATED AGAINST THE WORKING
INTEREST OWNERS AND ENERGYTEC BY YOUR OFFICERS, DON, DOROTHEA, AND PAUL.  OUR
ATTORNEYS (YES - AMONG US WORKING INTEREST OWNERS WE HAVE EXTREMELY HIGH POWERED
ATTORNEYS, SEC, SEC REGULATORY AND OTHER) ARE ANXIOUSLY ON STANDBY.  WE HAVE HAD
OUR OWN ON-GOING INVESTIGATION OF ALL THAT HAS TRANSPIRED SINCE 3/20/06, AS
THERE ARE WELL-KNOWN LITIGATORS, OFFICERS OF LAW, AND OTHERS THAT STAND STRONG
IN THE SEC AMONG US.  FURTHER, MY OWN CONNECTIONS WITH GOVERNMENTAL
ORGANIZATIONS, MEDIA AND LAW ENFORCEMENT ARE ALL READY AT OUR CALL.

THE PROBLEM IS THAT IT SEEMS TO ALL WORKING INTEREST OWNERS THAT DON
LAMBERT, DOROTHEA KREMPEIN AND PAUL WILLINGHAM ARE PUTTING YOUR STEP-DAUGHTER
HEATHER ANDERSON IN AN EXTREMELY BAD POSITION.  IT SEEMS THAT SHE IS COERCED TO
TELL FLAGRANT LIES, MADE-UP STORIES, AND ANYTHING TO GET THE WORKING INTEREST
PEOPLE OFF THE PHONE, BECAUSE PAUL, DON AND DOROTHEA ARE NOT SPEAKING WITH THE
WORKING INTEREST OWNERS.  THIS REALLY DIRECTLY AFFECTS YOUR FAMILY, ERIC.  IN
ONE DAY ALONE, HEATHER WAS FORCED TO SAY

3 DIFFERENT ANSWERS TO THE SAME PERSON ON THE SAME ISSUE: ONCE WHERE SHE DIDN'T
KNOW WHAT THE TOPIC WAS BUT SHE MADE UP AN ANSWER ANYWAY.  THE SECOND WAS AFTER
A COMPANY MEETING AND SHE WAS TOLD TO SAY A FLAT-OUT LIE.  THE THIRD ONE SEEMED
TO BE AFTER SHE MAY HAVE MET WITH AN ATTORNEY (POSSIBLY THE ONE FROM YOUR TOWN).
ALL ALONG SHE HAS BEEN FED BY HER SUPERIORS, "WHAT SEEMS TO BE LIES AND MIS-
TRUTHS TO TELL US JUST TO PLACATE US OR GET US OFF THE PHONE."  ALSO IN REGARDS
TO WORKING INTEREST OWNERS' QUESTIONS ABOUT WHAT COMPANY WANTED TO BUY OUR
WORKING INTERESTS FROM US, HEATHER WAS FORCED TO SAY QUITE OBVIOUS LIES (BY THE
WAY, WE ARE NOW IN CONTACT WITH SUCH COMPANY).

ALL THESE ABOVE ITEMS ARE IS VERY BAD FOR HEATHER PERSONALLY, AS OUR
ATTORNEYS TOLD US ABOUT 1.5 MONTHS AGO TO SIMPLY RECORD CONVERSATIONS AND NOTE
ALL ANTICS AND ACTIONS COMMITTED BY DOROTHEA, DON & PAUL, AND SAID TO US BY
HEATHER ANDERSON ESPECIALLY. FURTHER, ALL OF THESE ANTICS, ACTIONS AND WORDS
ALSO MAKE THE OFFICERS AND ALL OF YOU BOARD MEMBERS AS WELL GUILTY OF SO FAR IN
EXCESS OF 23 SEPARATE AND DISTINCT VIOLATIONS OF SARBANES-OXLEY AND ALSO
CRIMINAL ACTION. OUR ATTORNEYS ARE READY TO POUNCE AND THE MEDIA IS READY TO
"DO A MEDIA BLITZ," BUT WE ARE HOLDING THEM ALL AT BAY TO GIVE YOU AND THE REST
OF THE BOARD A FINAL CHANCE TO "LESSEN AND MITIGATE THE CHARGES TO BE BROUGHT
AGAINST EACH OF YOU PERSONALLY AND THE OFFICERS OF ENERGYTEC," BY YOU HAVING THE
BENEFIT OF DOUBT THAT MAYBE YOU DID NOT KNOW ALL OF WHAT WAS GOING ON IN THE
TRENCHES OF THE "ENERGYTEC INC DALLAS OFFICE." WE HAVE FIELD PEOPLE READY TO
COME ALONG AND TESTIFY TOO. MY PERSONAL SUGGESTION IS THAT YOU
CORRECT YOUR ERROR, AND IMMEDIATELY RE-HIRE FRANK W COLE AS CEO
AND CFO. THERE WILL NO LONGER BE A NEED FOR DON LAMBERT ANYMORE OR
DOROTHEA KREMPEIN OR PAUL WILLINGHAM, AS THEY WILL BE KEPT QUITE BUSY IN COURT
AND/OR ON A CHAIN GANG. FURTHER, GREG BALL OR HALL
CAN BE MADE THE "RECEPTIONIST (FROM WHAT HE IS SAYING TO PEOPLE, IT SEEMS THAT
HE HAS A GOOD PERSONALITY FOR THAT).


US WORKING INTEREST OWNERS, ALL REALIZE THAT WE SEEM TO BE NOT WANTED BY
YOUR BOARD, EVEN THOUGH IT WAS "US WORKING INTEREST OWNERS" THAT BROUGHT
ENERGYTEC QUICKLY TO OWNING AS MANY FIELDS AND WELLS AND HAVE THE TREMENDOUS
ASSETS IT HAS. ALSO, IT IS THE WORKING INTEREST OWNERS THAT CAUSED THE STOCK TO
GROW UPWARDS OF $ 3.25 A SHARE SO QUICKLY AND READY TO GO TO THE AMERICAN
EXCHANGE.

MY SIMPLE ANSWER TO ALL THAT ASK ME IS, "I DO NOT WANT TO BE
A MEMBER IN A CLUB THAT DOESN'T WANT ME TO BE A MEMBER."
--------------------------

THE BIG ISSUE THAT IS MAKING YOU AND THE REST OF THE BOARD THE
LAUGHING STOCK OF ALL BOARDS IS THAT, "IF YOU ACCUSE FRANK W COLE OF DOING SUCH
WRONGFUL THINGS, SO BAD IN FACT THAT YOU FIRED HIM, THEN WHY IN GOD'S NAME DID
YOU NOT FIRE DON LAMBERT TCO?"

1) DON LAMBERT WAS THE PERSON WHO FILED AND SIGNED ALL THE "ASSIGNMENT OF
LEASES" FOR THE WORKING INTERESTS (WE HAVE HIS SIGNATURE ON THEM).

2) WASN'T DON LAMBERT THE PERSON IN CHARGE OF MAKING SURE THAT THE
"OPERATING AGREEMENTS" FOR THE WORKING INTERESTS WERE FILLED OUT - WHICH BY THE
WAY, WAS NEVER DONE, WE DON'T HAVE ANY THAT ANY OF US SIGNED.

3) WASN'T DON LAMBERT THE PERSON WHO DRAFTED AND CAME UP WITH THE PRIVATE
OFFERING AND CONFIDENTIAL INVESTOR QUESTIONNAIRES, OR
AT LEAST WAS AWARE OF THEM, AND HE SIGNED THE PAPERWORK.

4) DON LAMBERT, ALL ALONG, WAS AWARE AND WAS SIDE-BY-SIDE
WITH FRANK W COLE DOING ALL THESE THINGS, SO IF FRANK W COLE IS
GUILTY OF ANY WRONG, SO IS DON LAMBERT.

WHEN I MET DON LAMBERT IN JANUARY 2006, HE GAVE ME "THE FISH HANDSHAKE." THAT TELLS YOU A LOT ABOUT A PERSON. ALSO, HE WAS SO QUICK TO DUCK OUT WHEN I WAS GOING TO CONFRONT HIM WITH QUESTIONS. THAT DAY WILL COME AGAIN. ANYWAY, YOUR "SELECTIVE FIRING" ALSO MAKES ONE THINK THAT THERE WAS A "BOARD CONSPIRACY WITH A PERSON THAT WAS JEALOUS OF FRANK W COLE AND DESIRED TO BE IN HIS PLACE, NAMELY DON LAMBERT." SO, HE MAY HAVE FED "WRONG INFORMATION TO YOU ALL WHICH LED YOU TO MAKE SUCH A WRONGFUL FIDUCIARY MALFEASANCE-TYPE DECISION TO FIRE FRANK W COLE." HE IS THE ONLY "TRUE OIL-MAN THAT WAS AN OFFICER AND BOARD MEMBER." CARY DUKES RESPECTS FRANK W COLE AS WELL.

ALL THE ABOVE IS COMMON KNOWLEDGE IN THE FIELDS, IF YOU ASK.

IT WAS YOU AND THE REST OF THE BOARD'S "GENIUS (SARCASTICALLY SAID) MOVE TO FIRE FRANK W COLE AND CAUSE THE STOCK TO DROP TO 29 CENTS A SHARE." ADDITIONALLY, YOU TOOK BACK FROM THE STOCKHOLDERS THE 44% OWNERSHIP OF WYOMING BIG HORN WHICH WAS READY FOR SALE (I VIEW IT AS A LEGAL THEFT EVEN THOUGH YOU DID IT BEFORE THE EX-DIVIDEND DATE ANALOGY LEGALLY). THOSE WERE "REAL THOUGHT-PROVOKING MOVES" IN MY OPINION, AND IN MOST OTHERS OPINIONS TOO. IT BORDERS ON COMPLETE "BONEHEAD IDIOCY AND BOARD MALFEASANCE," ESPECIALLY SINCE ALL THE "WATERY FABRICATED REASONS YOU GAVE ON 3/20/06 AS TO WHY YOU FIRED FRANK W COLE, THAT YOU WOULD BE INVESTIGATING SOON," THEY ALL BASICALLY DISAPPEARED AND YOU ARE FOCUSING ON THE MANNER IN WHICH FRANK SOLD THE WORKING INTERESTS, EVEN THOUGH IT IS ALL LEGAL. YOUR LAW FIRMS, THAT WE PAY AS WORKING INTEREST OWNERS, ARE QUITE A JOKE TO US AND OUR ATTORNEYS. ONE GUY "BESEN" GOT KNOCKED OUT IN LEFT FIELD FAST (NOT EVEN BY AN ATTORNEY), AND IS NOW SOON TO FACE "ATTORNEY ETHICS VIOLATIONS AND MAY BECOME DIS-BARRED, LIKE, AS RUMORS TELL US, DON LAMBERT WAS. BY THE WAY, WAS DON LAMBERT DIS-BARRED FROM BEING AN ATTORNEY? IF SO, FOR WHAT REASON (ANY INTERESTING SIMILARITIES TO WHAT IS HAPPENING NOW)? THEN SOME GUY FROM YOUR TOWN SEEMS NOT TO EVEN BE FOLLOWING "THE HANDBOOK FOR LAWYERS DOING SEC COMPLIANCE INVESTIGATION" FOUND ON THE INTERNET. IT SEEMS THAT HE COMPLETELY MISSED THE VERY FIRST SECTION (COMPLIANCE ATTORNEY 101); I GUESS HE WAS IN THE BATHROOM AT THE TIME. ANYWAY THEREFORE, OUR MONIES ARE BEING SPENT FRAUDULENTLY.

FURTHER, DOROTHEA (IN CONSPIRACY I AM SURE WITH DON AND PAUL, SINCE SHE WOULDN'T BE FOOLISH ENOUGH OR HAVE NERVE TO COMMIT A CRIME (IN MY OPINION) ON HER OWN VOLITION, HAS REFUSED TO SEND "STOCK SHARES THAT SHE HAS IN HER POSSESSION," TO MY WIFE (IN EXCESS OF $ 560,000 PURCHASE COST FROM THE NOVEMBER 2005 STOCK OFFERING UNDER OIL IS FAB & WE ARE GLAD LLC). I VIEW THIS, AND OTHERS DO TOQ, AS CRIMINAL, SINCE IT IS A "THEFT OF PROPERTY" BECAUSE MY WIFE WANTS HER SHARES OF STOCK AND THE SIGNED PUT OPTION AND DOES NOT DESIRE DOROTHEA TO HOLD THEM (ALL OTHER PURCHASERS RECEIVED THEIRS ALREADY WITH THE PUT OPTION). MY WIFE GAVE DOROTHEA TILL 5/5/06 FOR MY WIFE TO HAVE "IN HAND" THE STOCK SHARES AND PUT OPTION (DOROTHEA SAID THAT SHE WOULD SEND THEM OUT IMMEDIATELY AFTER HAVING ADMITTED THEY WERE LOST AND THEN FOUND-EVEN THOUGH I HAVE PROOF TO THE CONTRARY AS TO ANY SUPPOSED STATE OF BEING LOST). AS OF TODAY, THEY ARE NOT IN MY WIFE'S HAND. SO, AS I INFORMED DOROTHEA'S VOICEMAIL (OF COURSE SINCE SHE DOESN'T ANSWER THE PHONE), THAT I WILL GET "QUALIFIED PEOPLE AND AGENCIES" DOWN THERE TO HELP HER GET THEM TO MY WIFE (ALREADY IN MOTION).

I AM NOT ACTING AS A SPOKESPERSON AT ALL, I AM JUST INFORMING
YOU OF WHAT IS GOING ON IN THE TRENCHES. IF YOU HAVE ANY LOVE FOR YOUR STEP-
DAUGHTER "HEATHER ANDERSON," YOU WILL STAND UP FOR HER, AND STOP THIS LUNACY. I
EVEN HAVE STARTED HELPING HER TO OBTAIN FINANCIAL AID FOR GRAD SCHOOL.

AGAIN, MY OPINION IS THAT YOU AND THE BOARD CORRECT YOUR ERROR, AND
IMMEDIATELY RE-HIRE FRANK W COLE AS CEO AND CFO. ALSO,
IF MY WIFE'S ISSUE CONTINUES WITH REGARD TO THE STOCK, THERE WILL NO LONGER BE A
NEED FOR DON LAMBERT ANYMORE OR DOROTHEA KREMPEIN OR PAUL WILLINGHAM, AS THEY
WILL BE KEPT QUITE BUSY IN COURT AND/OR ON A CHAIN GANG. FURTHER, GREG BALL OR
HALL CAN BE MADE THE "RECEPTIONIST (FROM WHAT HE IS SAYING TO PEOPLE, IT SEEMS
THAT HE HAS A GOOD PERSONALITY FOR THAT).

US WORKING INTEREST OWNERS HAVE LOVE FOR "THE OLD ENERGYTEC WITH FRANK W
COLE AND THE OLD "WAY OF THINKING" BOARD OF DIRECTORS, (SO DO MOST STOCKHOLDERS
TOO) AND WOULD RATHER NOT GO TO ANOTHER OPERATOR FOR ALL OUR WELLS (WHO IS
CURRENTLY WILLING AND READY TO ACCEPT US). YOU ALL OWN A GREAT DEAL OF STOCK OF
ENERGYTEC, AS WELL AS MANY OTHERS DO TOO, AND IT WOULD BE QUITE A BLOW IF WE DO
OUR "MEDIA RELEASE ABOUT ALL OF THE ABOVE" AND IT WOULD NOT BE GOOD FOR
ENERGYTEC TO LOSE ABOUT 80% OF THEIR REVENUE STREAM. HOWEVER, THE GOOD THING IS
THAT, I WOULD ASK THE NEW OPERATOR (IF WE NEED TO PROCEED THAT WAY) SPECIALLY
FOR ME TO BE THE PERSON THAT ENERGYTEC WOULD HAVE TO CALL EACH MONTH TO FIND OUT
ABOUT THEIR "WORKING INTEREST CHECK," AND I WILL DEFINITELY RESPOND IN THE SAME
RESPECTFUL TIMELY MANNER AS THEY HAVE TO US WORKING INTEREST OWNERS SINCE
3/20/06.

OF COURSE, I GUESS YOU WILL SHARE THIS WITH YOUR ATTORNEYS
(AS I WILL WITH OURS) THAT YOU ARE PAYING FOR, FRAUDULENTLY WITH OUR WORKING
INTEREST MONEY, AND YOU WILL SHARE IT WITH DON AND DOROTHEA AND PAUL (THE ONES
WHO ARE PUTTING YOU ALL AND HEATHER IN HARM'S WAY), AND THEY WILL READ IT WHILE
YOU ARE PAYING THEIR SALARIES FRAUDULENTLY WITH THE WORKING INTEREST OWNERS
MONIES. SO, YOU MAY AS WELL SHARE IT WITH THE PEOPLE IN THE FIELDS, AS I WOULD,
AND NEXT THE MEDIA SO ALL STOCKHOLDERS MAY BE AWARE OF ALL THIS AS THEY ARE
ENTITLED TO; WHICH OUR MEDIA BLITZ WILL DO SHORTLY IF YOUR ACTIONS DO NOT MAKE
THINGS RIGHT AGAIN (IN SUCH CASE, WE WILL GIVE OUR ATTORNEYS, THE MEDIA PEOPLE
AND THE GOVERNMENTAL REGULATORY AND LAW ENFORCEMENT PEOPLE THE GREEN LIGHT TO
PROCEED FROM ALL DIRECTIONS AGAINST THOSE THAT RUINED ENERGYTEC).

THIS IS NOT A THREAT, IT IS A PROMISE.

RESPECTFULLY,

_____
JOHN J PETITO & THE OTHER IGNORED WORKING INTEREST OWNERS

## FOR WORKING INTEREST OWNERS WHO **AGREE** WITH ME

**PLEASE SIGN BELOW & WRITE IN YOUR PROGRAM # AND THE NAME THAT YOUR WORKING INTEREST OWNERSHIP IS TITLED IN (OR PLEASE WRITE YOUR OWN LETTER). THEN, PLEASE MAIL ALL 5 PAGES TO ERIC BREWSTER (DIRECTOR ON THE BOARD) — ADDRESS ON PAGE 1 AND COPIES TO THE THREE OTHER BOARD DIRECTORS SHOWN BELOW.**

ALSO, SO YOU KNOW THAT THIS IS NOT JUST A PERSONAL 1 MAN FRUSTRATION AT BEING IGNORED AND LIED TO BY ENERGYTEC OFFICERS AND PERSONNEL, I WILL FORWARD THIS TO ALL 258+ WORKING INTEREST OWNERS (PLUS THOSE OF THE REDWATERPET OIL & GAS ROYAL OIL FAMILY DELECTATION LLC $ 8 MILLION PROJECT), FOR THEM TO ALSO SIGN AND SEND TO YOU, IF NEED BE, TO SHOW THAT I AM NOT THE ONLY ONE FRUSTRATED BY ALL OF THIS.

---

SIGNATURE & WORKING INTEREST PROGRAM #

---

NAME IN WHICH WORKING INTEREST IS TITLED


### OTHER 3 DIRECTORS

CC: BENEDUM BENJAMIN THOMAS
    131 EAST MAIN STREET
    FIRST FIDELITY BUILDING — SUITE 200
    NORMAN  OK    73069

    SPRADLIN BILLIE CHARLES
    29 RIM ROAD
    KILGORE` TX    75662

    METGHALCHI MASSOUD
    22 SUGAR BERRY CIRCLE
    HOUSTON  TX    77024

EXHIBIT B

**AMANDA PETITO**
**ONE SANFORD COURT**
**NORTH WOODMERE NY 11581**

DOROTHEA KREMPEIN
(EMBEZZLER & CFO)
C/O ENERGYTEC INC
14785 PRESTON ROAD (550)
DALLAS TX 75254

DON L LAMBERT (DIS-BARRED ATTORNEY & CEO)
C/O ENERGYTEC INC
14785 PRESTON ROAD
DALLAS TX 75254

PAUL WILLINGHAM (IGNORANTLY DUMB CPA)
C/O ENERGYTEC INC
14785 PRESTON ROAD
DALLAS TX 75254

ERIC A BREWSTER
217 SANTA FE TRAIL
WAXAHACHIE TX 75165

B BENJAMIN THOMAS
131 EAST MAIN STREET
FIRST FIDELITY BUILDING (SUITE 200)
NORMAN OK 73069

SPRADLIN BILLIE CHARLES
29 RIM ROAD
KILGORE TX 75662

        Re:    ALL MY WORKING INTEREST PROGRAMS
               (YOU GENIUSES CAN FIGURE OUT BY ADDRESS -
               ALL SUCH BEING ADDRESSED TO ONE SANFORD

COURT

             NORTH WOODMERE NY 11581)

DEAR CREEPS:

     BY THE BOARD'S FIRING OF FRANK COLE, YOU HAVE "AWOKEN A
SLEEPING GIANT" IN US WORKING INTEREST OWNERS. HOWEVER, WHEN
YOU STARTED IGNORING US WORKING INTEREST OWNERS, YOU TRULY
HAD NO CLUE AS TO THE HORRENDOUS HAMMER OF LAWSUITS AND
MEDIA RELEASES THAT YOU THIEVES AND CRIMINALS WERE ABOUT TO

FIND YOURSELVES IN, DUE TO THE FACT THAT YOU, BASICALLY HAVE "NOW BECOME THE FULL TARGET OF MY HUSBAND'S ARSENAL OF CONTACTS, KNOWLEDGE AND ABILITIES WITH FULL ATTENTION AND AGENDA (AS WITH GEORGE PATTON IN WORLD WAR II) TO ULTIMATELY SEE YOU ALL FIRED AND IN JAIL." YOU HAVE REALLY "PUT HIM IN A MODE THAT WHEN HE IS IN SUCH MODE, WHOEVER HIS TARGETS ARE WILL NOT ONLY CEASE TO OPERATE IN THEIR BUSINESS TITLE AND OCCUPATION BUT WILL ALSO FACE CRIMINAL CHARGES AS WELL." IN THE PAST, HIS WRATH ON CERTAIN TARGETS WAS SO STRONG THAT ONE ACTUALLY COMMITTED SUICIDE (SADLY AND NOT MEANT TO HAPPEN), ONE QUIT HIS JOB, TWO WERE FIRED, ONE WAS FORCED INTO RETIREMENT, 11 WERE FOUND GUILTY IN FEDERAL COURT AND UP FOR FEDERAL PROSECUTION, AND OTHERS ARE UN-MENTIONABLE.

DUE TO YOUR ERRORS ON THE OPERATING STATEMENTS, LACK OF RESPONSIVENESS, IN ADDITION TO YOUR ACCOUNTANT GREG THAT SEEMS TO BE BETTER AS A RECEPTIONIST (GOOD PERSONALITY), DOROTHEA KREMPEIN AN EMBEZZLER AND THIEF, DON LAMBERT THE DIS-BARRED ATTORNEY CAUGHT FOR STEALING CLIENTS' FUNDS THAT SHOULD HAVE BEEN IN ESCROW (AND THEN ADMITTING TO SUCH THEFT) AND PAUL WILLINGHAM CPA NOT EVEN HAVING KNOWN ABOUT THE NEW YEAR 2005 TAX LAWS AFFECTING ENERGYTEC AND WORKING INTERESTS UNTIL MY HUSBAND TAUGHT IT TO HIM SHAMEFULLY IN FRONT OF FRANK COLE IN JANUARY 2006, I HAVE NO TRUST IN YOUR ACCOUNTING FOR MY WORKING INTERESTS.

WE ALL KNOW YOUR GAMEPLAN SINCE YOU FIRED FRANK COLE. YOU KEPT PURPOSELY LOOKING TO FRUSTRATE US WORKING INTEREST OWNERS WITH LOW OR NO PRODUCTION. THEN YOU WILL COME UP WITH SOME OTHER ENGINEER'S REPORTS ON OUR WELLS TELLING US THEY ARE HORRIBLE WELLS (OH YES - THOSE WILL PROBABLY BE THE ONES THAT WE ALL OWN MAJORITY INTEREST IN), AND THEN YOU WILL OFFER TO BUY US OUT. YOU WILL CLAIM THAT FRANK'S BOOKLETS WERE ALL WRONGFUL WITH HIS OIL RESERVE INFORMATION CONTAINED THEREIN. IT JUST ANNOYS YOU THAT WE ARE MAJORITY OWNERS IN THE MAJORITY OF ENERGYTEC'S WELLS AND ARE QUITE READY TO GO FORWARD WITH ACTIONS WHICH WILL MAKE YOUR HEAD SPIN AND THAT YOU ALL WILL HAVE TO CHANGE YOUR ADDRESSES DUE TO THE BARRAGE OF MEDIA ATTENTION, IF THE BOARD DOESN'T RE-HIRE "MR. ENERGYTEC, FRANK W COLE" AND FIRE THE "DIS-BARRED ATTORNEY, THE EMBEZZLER, AND THE UNKNOWING CPA WITHIN THE NEXT 15 DAYS." FUTHER, YOU WILL BE BUSY IN LAWSUITS AND/OR A CHAIN GANG. AS MY HUSBAND WOULD SAY, "IT IS TRUE POETIC JUSTICE."

BELOW IS A "DEMAND LETTER" THAT I AM SENDING TO YOU AND OTHER WORKING INTEREST OWNERS WILL MOST LIKELY TOO. IF YOU FAIL TO COMPLY IMMEDIATELY, THIS WILL BE ADDED TO THE LAWSUITS AND THE

TEXAS RAILROAD COMMISSION AND THE TEXAS ATTORNEY GENERAL WILL BE TOLD AS SUCH (AS THEY ARE ALREADY AWARE OF YOUR MISDEEDS AND CRIMES).

I do hereby demand, based on the manner in which I have been treated by the management of Energytec since the firing of Frank Cole and Jo Jackson, that you send to me monthly along with the net profit check and operating statement, the "actual sales invoices" which show who bought my oil, on what dates and for what amounts (also what gravity as well).    I know that the "sales invoices" you have do show all this. Additionally, I further demand the "actual bills" that reflect the expenses for each and every expense item be included as well in with the monthly net profit check and operating statement. Further, I expect you to also provide me with the "actual same items - sales invoices and bills" relative to the March 2006 operating statement and the April 2006 operating statement as well. These documents are all necessary and required by me in addition, you are ordered to send all the same items, those being the March 2006 and onward all monthly (timely) operating statements, actual sales invoices and actual bills to my accountant, John J Petito CPA Pllc, located at One Sanford Court, North Woodmere, NY 11581 (you have the address), since it came to my attention that he was refused such items when he requested them. Take this as a "formal demand" as I need him to be able to help me understand and verify the veracity of such monthly operating statements and net profit checks. The Texas Railroad Commission and the Texas Attorney General, I am told, mandates that you provide me and my accountant with such actual sales invoices and actual bills (not just typed in enumerations of such).

Otherwise, I believe many investors will investigate and commence with other legal avenues to insure that the operations of the projects contained in Energytec are conducted in a manner which is responsive to and in the best interests of the working interest owners and other investors (some legal actions and investigations have already been and are in the process of being commenced I am told).  Fail to honor this demand, and you surely will face further prosecution.

EXHIBIT C

# AMERICAN ENERGY DEVELOPMENT CORPORATION

3608 Pennsylvania Lane
Plano, Texas 75075
Office 972.964.8279
Mobil 972.841.8154

*"America Needs America's Oil"*

January 16, 2003

Mr Andrew Lundquist President
Energy Division
United Energy Corporation
600 Meadowlands Parkway No 29
Secaucus New Jersey 07094

RE: Imminent Peril (But What Else is New?)

Dear Mr. Lundquist

Ray Vula has asked me to forward this package to you. It contains a copy of the Energytec Strategic Plan for 2003, a copy of the Energytec Income Program Number Three and a business plan for my stripper well enhanced-oil-recovery chemical company That chemical, by the way, is how I met Frank Cole of Energytec, Inc in early 2002 cold-called him to get his views on dilute surfactants for use in enhanced oil recovery on stripper wells

Later, on August 9, 2002, I met with Mr. Cole again. We met to discuss three projects that I represent that are of service and value to any company that is an owner/operator of stripper wells. During the course of that meeting, I made some rather strong statements reflecting my personal views on the peril of the small independent oil and gas operator/owner in our current environment

On Monday, August 12, 2002, Mr. Cole called me and asked if I could "capture" those thoughts in a written summary for an upcoming industry board of directors meeting What follows was my best attempt at doing so

"In 1999, Christine Hansen, Executive Director of the Interstate Oil and Gas Compact Commission, wrote these words in the introduction of a report published by the

Commission, need to be conducted. The fundamental distinctions of not just independent producers but stripper well owners and producers must be recognized and their role in supplying a significant part of the nation's oil (25% or more) and gas (8% or so) must be accepted and encouraged.

We are not talking about incentives and capital for more shopping malls or gigabytes, routers or software. No, we are talking about gasoline, diesel fuel, aviation fuel, propane, electricity and water (yes, water, believe it or not).

We must not lose this opportunity. Further losses incurred by this segment of the oil and gas industry will tear a rip in the social fabric of our nation. You will need the tear from the Appalachian Basin to Bakersfield. These wells can help keep a vital America alive. America needs America's oil and gas."

Subsequently, Mr. Cole told me that my remarks were well received and I would serve as part of the basis for an action plan for the stripper well industry. I forward this to you to see if you have any interest in participating in the attached business plan I have created.

As you may know, I started working for Mr. Cole in September 2002 as a consultant. In January, I started as a full-time employee for Energytec, however, I still will sell the chemical to Energytec and other stripper well owners and operators since I have the exclusive on this chemical for EOR in the domestic oil and gas business. I have hired two people to run the business and, in addition, have several sub-distributors waiting to come on line this spring,

I would welcome your participation in this stripper well initiative. Your company has great utility for the larger domestic and international companies. The stripper industry, however, is tightly constrained by economics and is extremely price sensitive. Therefore, lower cost enhancement procedures may have a broader appeal and more ready acceptability

Regards,


Don L. Lambert

EXHIBIT D

State Bar of Texas | Member Directory



Home   Login   Career Center   Calendar   Shopping Cart   Contact Us   Site Map

# State Bar of Texas

My Bar Page      search
advanced search

## ABOUT THE STATE BAR

Home    About the State Bar    Member Directory

### Detailed Result

DON L. LAMBERT

Bar Card Number*: 11842500



| | |
|---|---|
| Work Address | 731 MEADOWS BLDG<br>5646 MILTON<br>DALLAS, TX, 75206-0000 |
| Work Phone Number | (972) 524-0825 |
| Primary Practice Location | DALLAS , Texas |

### Current Member Status

Not Eligible To Practice In Texas (click for detail)

**Left sidebar navigation:**

Sections & Committees →
Other Bar Groups →
Pro Bono & Community Service →
Client Assistance &
Professional Requirements
News & Publications →
Other Services →
Additional Information for the Public →

About the State Bar →
Leadership
Rules and Procedures
State Bar Departments
Events
Member Benefits
Member Directory

State Bar of Texas | Member Directory

Center for Legal History
Employment Opportunities
Contact Us
Staff Directory

eFiling for Courts →

★ FIND A LAWYER

Bar Card #

First Name

Last Name

Search

Need a Lawyer?
Get a Referral

Online Member Directory :::

Print this page
Bookmark
Tell a friend





STATE BAR OF TEXAS
PIPELINE PROJECT

## License Information

**State Bar Card Number***:   11842500

**Texas Licensed***:   04/16/1973

## Practice Information

**Firm:**   No information reported by attorney

**Firm Size:**   None Specified

**Occupation:**   Private Law Practice

**Primary Practice Areas:**   No information reported by attorney

**Services Provided:**

No information reported by attorney

**Assistance available in languages:**

No information reported by attorney

**Courts of Admittance:**

*Federal Courts of Admittance:*

No Federal Courts reported by attorney

*Other Courts of Admittance:*

No information reported by attorney

*Other States Where authorized to practice:*

No Other States reported by attorney

Education and Certification History





**Law Schools:**

| Law School | Graduation Date | Degree Earned |
|---|---|---|
| University Of Houston | | |

**Texas Board of Legal Specialization Certifications:**

No profile data on file for Texas Board of Legal Specialization Certification

## Public Disciplinary History

**Public Disciplinary History - Texas*:**

| Sanction | Date of Entry | Sanction Start Date | Sanction End Date | Probation Start Date | Probation End Date |
|---|---|---|---|---|---|
| Resignation | 10/21/1994 | | | | |

**Public Disciplinary History - Other:**

No information reported by attorney

**Statutory Profile Last Certified On:**

**For information about a specific disciplinary sanction listed above, please call (877)953-5535.**

The Texas Attorney Profile provides basic information about Attorneys licensed to practice in Texas.
Attorney profile information is provided as a public service by the State Bar of Texas as outlined in
Section 81.115 of the Texas Government Code. The information contained herein is provided "as is" with
no warranty of any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors,
nor any employee thereof may be held responsible for the accuracy of the data. Much of the information
has been provided by the attorney and is required to be reviewed and updated by the attorney annually.
The information noted with an asterisk (*) is provided by the State Bar of Texas. Texas
grievance/disciplinary information will not appear on the profile until a final determination is reached.
Access to this site is authorized for public use only. Any unauthorized use of this system is subject to
both civil and criminal penalties. This does not constitute a certified lawyer referral service.

Back to search results

State Bar of Texas | Member Directory

Home   Calendar   Shopping Cart   Contact Us   Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy   disclaimer   Advertise With Us

**Disciplinary Status**

Resigned in Lieu of Disciplinary Action

For more information, please contact the State Bar of Texas Office of the Chief Disciplinary Counsel at (877)953-5535

Misc. Docket No. 94 - 9153

ORDER

OF THE SUPREME COURT OF TEXAS

IN THE MATTER OF

**DON L. LAMBERT**

On this day came on for consideration the Motion for Accept-
ance of Resignation as Attorney and Counselor at Law of Don L.
Lambert, together with the Response filed by Chief Disciplinary
Counsel of the State Bar of Texas acting through the Commission For
Lawyer Discipline. The Court has reviewed said Motion and the
Response and finds each to be legally sufficient. The Court, being
advised that such resignation is tendered in lieu of disciplinary
action, and being of the opinion that such resignation is in the
best interest of the public and of the profession and will meet the
ends of justice, hereby concludes that the following order is
appropriate.

It is ORDERED that the law license of Don L. Lambert (State
Bar Card No. 11842500), heretofore issued by this Court, be, and
the same is hereby cancelled and revoked and his name be, and is
hereby, removed and deleted from the list of persons licensed to
practice law in the State of Texas. Receipt of the permanent State
Bar Card issued by this Court to Don L. Lambert is hereby
acknowledged.

Page 1 of 2

By the Court, en banc, in chambers, this the $\times 1$ day of October, 1994.

IN THE SUPREME COURT OF TEXAS
MOTION FOR ACCEPTANCE OF RESIGNATION AS
ATTORNEY AND COUNSELOR AT LAW
OF

DON L. LAMBERT

NOW COMES your Applicant, Don L. Lambert, and hereby resigns as an Attorney and Counselor at Law in the State of Texas; and hereby submits to the Court his resignation as an Attorney and Counselor at Law and prays that the Court accept said resignation.

The license and permanent State Bar card issued by this Court to the Applicant, Don L. Lambert, as an Attorney and Counselor at Law on April 16, 1973, are attached hereto or are lost but will be surrendered to the Clerk, Supreme Court of Texas, if located.

Your applicant is voluntarily resigning and withdrawing from the practice of law; Applicant does so in lieu of discipline for professional misconduct; and Applicant prays that his name be dropped and deleted from the list of persons licensed to practice law in Texas; and that his resignation be accepted.

Don L. Lambert
State Bar Card No. 11842500

SUBSCRIBED AND SWORN to before me by the said Don L. Lambert, on this the 11th day of _____, 1994.

Notary Public in and for the
State of Texas

DONALYN C. SHERER
Notary Public
State Of Texas
My Comm. Exp. March 25, 1997

My Commission Expires

Printed Name of Notary

DON L. LAMBERT RESIGNATION - SOLO PAGE

IN THE SUPREME COURT OF TEXAS

RESPONSE OF THE CHIEF DISCIPLINARY COUNSEL
TO
THE RESIGNATION OF DON L. LAMBERT

TO THE SUPREME COURT OF TEXAS:

Pursuant to Part X of the Texas Rules of Disciplinary Proced-
ure, James M. McCormack, Chief Disciplinary Counsel, hereby files
this response on behalf of the State Bar of Texas, acting by and
through the Commission For Lawyer Discipline, to the Motion For
Acceptance of Resignation, in lieu of discipline, filed by Don L.
Lambert (State Bar Card No. 11842500), and would show as follows:

I.

The acceptance by the Court of the resignation of Don L.
Lambert is in the best interest of the public and of the profes-
sion.

II.

A disciplinary suit was filed against Movant, Don L. Lambert,
on April 1, 1993, styled The State Bar of Texas v. Don L. Lambert,
Cause No. 93-204-A, in the 216th District Court of Kerr County,
Texas. The Disciplinary Petition filed in the aforementioned case
essentially alleges the following professional misconduct was
committed by Don L. Lambert, Respondent:

On or about April 9, 1991, Respondent entered into a contract
for services with Guitenna G. Williamson (hereinafter called
"Williamson") to represent her in several personal legal matters
and several matters relating to the Williamson family trust, of
which Williamson was a beneficiary. A letter sent by Williamson to

RESPONSE OF THE CHIEF DISCIPLINARY COUNSEL - PAGE 1 OF 3

Respondent on or about April 9, 1991, served as the contract for services between the parties. Such letter did not specify the rate or amount of attorney's fees Respondent was to be paid for providing legal services to Williamson.

On or about April 9, 1991, Respondent arranged for the early redemption of a certificate of deposit owned by Williamson in the amount of Twenty Thousand and no/100 ($20,000.00) Dollars . The proceeds from the certificate of deposit were deposited into the operating account for Respondent's law practice. On or about April 30, 1991, Respondent obtained an additional Fifteen Thousand and no/100 ($15,000.00) Dollars from Williamson which he also deposited into his operating account.

On or about September 13, 1991, Howard N. Collins (hereinafter referred to as "Collins") was appointed limited guardian of Williamson's estate. Collins demanded an accounting from Respondent for the Thirty-five Thousand and no/100 ($35,000.00) Dollars Respondent had obtained from Williamson. Respondent replied that he had taken the Thirty-five Thousand and no/100 ($35,000.00) Dollars for safekeeping in order to prevent Williamson's son from taking the money. Respondent later alleged that the Thirty-five Thousand and no/100 ($35,000.00) Dollars represented attorney's fees which Respondent had earned by representing Williamson. To date, Respondent has failed to return the money to Williamson or to provide an accounting of the money to Collins.

Such acts and/or omissions on the part of Respondent as are described hereinabove which occurred on or after January 1, 1990,

RESPONSE OF THE CHIEF DISCIPLINARY COUNSEL - PAGE 2 OF 3

constitute conduct violative of Rules 1.03(a), 1.04(a), 1.04(c), 1.14(a), 1.14(b), and/or 8.04(a)(3) of the Texas Disciplinary Rules of Professional Conduct.

The complaint which forms the basis of the cause of action hereinabove set forth was brought to the attention of the Office of General Counsel of the State Bar of Texas by George H. Williamson, Jr.'s filing of a complaint on or about November 19, 1991, and Collins' filing of a complaint on or about November 16, 1991.

Respectfully submitted,

James M. McCormack
General Counsel.

Office of the General Counsel
State Bar of Texas
P.O. Box 12487, Capitol Station
Austin, Texas  78711
1-800-204-2222, Ext. 2302
512/463-1463, Ext. 2302
FAX: (512) 477-4607

James M. McCormack
State Bar Card No. 13455500

CHIEF DISCIPLINARY COUNSEL

## CERTIFICATE OF SERVICE

This is to certify that the above and foregoing Response Of The Chief Disciplinary Counsel has been served on Don L. Lambert, by and through his attorney of record, John R. Gladney, Kreisner and Gladney, 1200 San Antonio Street, Austin, Texas 78701, by certified mail, return receipt requested, on the 12th day of October, 1994.

Russell A. Friemel
Assistant General Counsel

RESPONSE OF THE CHIEF DISCIPLINARY COUNSEL - PAGE 3 OF 3

EXHIBIT E



Home  Login  Career Center  Calendar  Shopping Cart  Contact

# State Bar of Texas

Texas Bar CLE    Texas Bar Journal    Texas Young Lawyers    MyBarPage    search
advanced

Sections & Committees →

Other Bar Groups →

Pro Bono & Community →
Service

Client Assistance & →
Grievance

Professional Requirements →

News & Publications →

Other Services →

Additional Information →
for the Public

About the State Bar →

eFiling for Courts →

★ **FIND A LAWYER**

Bar Card #

First Name

Last Name

**Search**

**Need a Lawyer?**
Get a Referral

**Online Member Directory**

Print this page
Bookmark
Tell a friend

## Member Directory: Find a Lawyer

You may search for attorneys using **any combination** of:
- Contact Information (Bar Card, **Name**, Nickname, Former name, Organization)
- Practice Information (TBLS **Cert.,** Practice Area, Services, Languages Spoken, La
- Location (City, State, County, **Region**/Province, Country -or- Zipcode)
- Other Bar Information (Bar or **TYLA** district).

**Need a Lawyer? Ge**

When you have entered your search criteria, click the **Submit** button at the bottom
page. To clear your search choices, **click** **Reset** **Click here for help**

### Search by Contact Information

| | | |
|---|---|---|
| Bar Card Number | | Enter or search the left. |
| First Name | MARK | |
| Last Name | LEHMAN | You ma these cr |
| Former Name | | any of th below. |
| Nick Name | | |
| Organization/Firm | | |

### Search by Education, Certifications, Services

| | | |
|---|---|---|
| TBLS Certifications | Administrative Law / Bankruptcy / Business Bankruptcy Law | Click to one or search the left. |
| Practice Area | Administrative and Public / ADR / Antitrust | Hold do CTRL k |
| Services Provided | | click to multiple |











Language Translation
Hearing Impaired Translation
ADA-accessible client service

**Languages Spoken**
Arabic
Chinese
French

**Law School**
Advani Law School
Albany Law School
American College Of Law

---

**Search by Location**                          OR          Search by Z

City [                    ]                                   Zip Code [

Select a Texas City
A search including 'City' will use 'Country' = US and 'State'=Texas, unless
otherwise specified

State          [Select State          ▼]
Texas County   [                    ▼]
Region/Province [                    ]

Country        [Select Country       ▼]

---

**Search by Other Bar Information**

Bar District   [   ▼]
TYLA District  [   ▼]

---

Please set the maximum number of results you would like displayed on each
page of the search results

[Reset ::]   [

---

The Online Membership Directory provides basic information about Attorneys licensed to practic
Attorney profile information is provided as a public service by the State Bar of Texas as outlined
81.115 of the Texas Government Code. The Information contained herein is provided "as is" with
any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any er
thereof may be held responsible for the accuracy of the data. Much of the information has been p
attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/di
information will not appear on the profile until a final determination is reached. Access to this site
for public use only. Any unauthorized use of this system is subject to both civil and criminal pena
does not constitute a certified lawyer referral service.

Home     Calendar     Shopping Cart     Contact Us     Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U

Case 2:06-cv-02536-SJF-ARL    Document 1    Filed 05/23/06    Page 54 of 71 PageID #: 56



Home  Login  Career Center  Calendar  Shopping Cart  Contact

# State Bar of Texas

TexasBarcle    Texas Bar Journal    Texas Young Lawyer    MySBarPage    search

advanced



Sections & Committees →

Other Bar Groups →

Pro Bono & Community → Service

Client Assistance & → Grievance

Professional Requirements →

News & Publications →

Other Services →

Additional Information → for the Public

About the State Bar →

eFiling for Courts →

## ★ FIND A LAWYER

Bar Card #

First Name

Last Name

Search

**Need a Lawyer?**
Get a Referral

Online Member Directory

Print this page

## Search Results

You may re-sort your search results by clicking on the column titles. |  Return to Search

---

**Results For:  First Name**: MARK **Last Name**: LEHMAN

Your search has returned no result.

Return to Search

The Online Membership Directory provides basic information about Attorneys licensed to practice
Attorney profile information is provided as a public service by the State Bar of Texas as outlined ii
81.115 of the Texas Government Code. The information contained herein is provided "as is" with r
any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any em
may be held responsible for the accuracy of the data. Much of the information has been provided I
and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary
will not appear on the profile until a final determination is reached. Access to this site is authorize
only. Any unauthorized use of this system is subject to both civil and criminal penalties. This doe:
a certified lawyer referral service.











Home    Calendar    **Shopp**ing Cart    Contact Us    Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U



Home   Login   Career Center   Calendar   Shopping Cart   Contact

# State Bar of Texas

Texas Bar CLE        Texas Bar Journal        Texas Young Lawyer        MyBarPage        search

advanced

Sections & Committees →

Other Bar Groups →

Pro Bono & Community → Service

Client Assistance & → Grievance

Professional Requirements →

News & Publications →

Other Services →

Additional Information → for the Public

About the State Bar →

eFiling for Courts →

★ **FIND A LAWYER**

Bar Card #

First Name

Last Name

Search

Need a Lawyer?
Get a Referral

Online Member Directory

Print this page

Bookmark

Tell a friend

## Member Directory: Find a Lawyer

You may search for attorneys using **any combination** of:

Need a Lawyer? Ge

- Contact Information (Bar Card, **Name**, Nickname, Former name, Organization)
- Practice Information (TBLS Cert., **Practice** Area, Services, Languages Spoken, La
- Location (City, State, County, **Region**/Province, Country -or- Zipcode)
- Other Bar Information (Bar or TYLA district).

When you have entered your search criteria, click the **Submit :·** button at the bottor
page. To clear your search choices, click **Reset :·** Click here for help

### Search by Contact Information

| Bar Card Number | | Enter on |
|---|---|---|
| First Name | ERIK A | search c the left. |
| Last Name | CHRISTIANSEN | You ma |
| Former Name | | these cr any of th |
| Nick Name | | below. |
| Organization/Firm | | |

### Search by Education, Certifications, Services

| TBLS Certifications | Administrative Law Bankruptcy Business Bankruptcy Law | Click to one or search the left. |
|---|---|---|
| Practice Area | Administrative and Public ADR Antitrust | Hold do CTRL F |
| Services Provided | | click to multiple |



Languages Spoken
Language Translation
Hearing Impaired Translation
ADA-accessible client service
Arabic
Chinese
French

Law School
Advani Law School
Albany Law School
American College Of Law

### Search by Location                    OR        Search by Z

City

Select a Texas City
A search including 'City' will use 'Country' = US and 'State'=Texas, unless
otherwise specified

Zip Code

State            Select State
Texas County
Region/Province

Country          Select Country

### Search by Other Bar Information

Bar District
TYLA District

Please set the maximum number of results you would like displayed on each
page of the search results

Reset

The Online Membership Directory provides basic information about Attorneys licensed to practic
Attorney profile information is provided as a public service by the State Bar of Texas as outlined
81.115 of the Texas Government Code. The information contained herein is provided "as is" with
any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any e
thereof may be held responsible for the accuracy of the data. Much of the information has been p
attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/di
information will not appear on the profile until a final determination is reached. Access to this site
for public use only. Any unauthorized use of this system is subject to both civil and criminal pena
does not constitute a certified lawyer referral service.

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U



Home   Login   Career Center   Calendar   Shopping Cart   Contact

# State Bar of Texas

MyBarPage     search
advanced



Sections & Committees →

Other Bar Groups →

Pro Bono & Community → Service

Client Assistance & → Grievance

Professional Requirements →

News & Publications →

Other Services →

Additional Information → for the Public

**About the State Bar →**

Leadership

Rules and Procedures

State Bar Departments

Events

Member Benefits

Member Directory

Center for Legal History

Employment Opportunities

Contact Us

Staff Directory

eFiling for Courts →

★ **FIND A LAWYER**

Bar Card # [        ]

First Name [        ]

## ABOUT THE STATE BAR

Home    **About the State Bar**    Member Directory

### Search Results

You may re-sort your search results by clicking on the column titles. | Return to Search

**Results For: First Name**: ERIK A **Last Name**: CHRISTIANSEN

Your search has returned no result.

### Return to Search

The Online Membership Directory provides basic information about Attorneys licensed to practice
Attorney profile information is provided as a public service by the State Bar of Texas as outlined in
of the Texas Government Code. The information contained herein is provided "as is" with no warrant
express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any employee th
held responsible for the accuracy of the data. Much of the information has been provided by the at
required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary inform
appear on the profile until a final determination is reached. Access to this site is authorized for pu
Any unauthorized use of this system is subject to both civil and criminal penalties. This does not a
certified lawyer referral service.

Last Name



**Need a Lawyer?**
Get a Referral

Online Member Directory

Print this page











Home    Calendar    Shopping Cart    Contact Us    Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U











| Languages Spoken | Language Translation<br>Hearing Impaired Translation<br>ADA-accessible client service<br>Arabic<br>Chinese<br>French |
| --- | --- |
| Law School | Advani Law School<br>Albany Law School<br>American College Of Law |

---

### Search by Location                                    OR        Search by 2

City [                                    ]                              Zip Code [

Select a Texas City
A search including 'City' will use 'Country' = US and 'State'=Texas, unless
otherwise specified

State          [Select State          ▼]

Texas County   [                    ▼]

Region/Province [

Country        [Select Country                        ▼]

### Search by Other Bar Information

Bar District   [    ▼]
TYLA District  [    ▼]

Please set the maximum number of results you would like displayed on each
page of the search results



The Online Membership Directory provides basic information about Attorneys licensed to practic
Attorney profile information is provided as a public service by the State Bar of Texas as outlined
81.115 of the Texas Government Code. The information contained herein is provided "as is" with
any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any er
thereof may be held responsible for the accuracy of the data. Much of the information has been p
attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/di
information will not appear on the profile until a final determination is reached. Access to this site
for public use only. Any unauthorized use of this system is subject to both civil and criminal pen;
does not constitute a certified lawyer referral service.

Home    Calendar   Shopping Cart   Contact Us   Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U

State Bar of Texas |

State Bar of Texas



Home   Login   Career Center   Calendar   Shopping Cart   Contact

# State Bar of Texas

search

advanced



Sections & Committees →

Other Bar Groups →

Pro Bono & Community → Service

Client Assistance & → Grievance

Professional Requirements →

News & Publications →

Other Services →

Additional Information → for the Public

About the State Bar →

eFiling for Courts →

## Search Results

You may re-sort your search results by clicking on the column titles. | Return to Search

**Results For:**
**Organization/Firm**: PARSONS BEHLE & LATIMER

Your search has returned no result.

Return to Search

The Online Membership Directory provides basic information about Attorneys licensed to practice Attorney profile information is provided as a public service by the State Bar of Texas as outlined in 81.115 of the Texas Government Code. The information contained herein is provided "as is" with no any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any em may be held responsible for the accuracy of the data. Much of the information has been provided t and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary will not appear on the profile until a final determination is reached. Access to this site is authorize only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does a certified lawyer referral service.

★ **FIND A LAWYER**

Bar Card #

First Name

Last Name

Search

**Need a Lawyer?**
Get a Referral

**Online Member Directory**

Print this page











Home    Calendar   Shopping Cart   Contact Us   Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U



Home   Login   Career Center   Calendar   Shopping Cart   Contact

# State Bar of Texas

Tex Bar CLE     Texas Bar Journal     Texas Young Lawyer     MyBarPage     search

advanced

Sections & Committees →

Other Bar Groups →

Pro Bono & Community → Service

Client Assistance & → Grievance

Professional Requirements →

News & Publications →

Other Services →

Additional Information → for the Public

About the State Bar →

eFiling for Courts →



★ **FIND A LAWYER**

Bar Card #

First Name

Last Name

Search

**Need a Lawyer?**
Get a Referral

**Online Member Directory**

Print this page
Bookmark
Tell a friend

## Member Directory: Find a Lawyer

You may search for attorneys using **any combination** of:
- Contact Information (Bar Card, **Name**, Nickname, Former name, Organization)
- Practice Information (TBLS Cert., Practice Area, Services, Languages Spoken, La
- Location (City, State, County, **Region**/Province, Country -or- Zipcode)
- Other Bar Information (Bar or **TYLA** district).

Need a Lawyer? Ge

When you have entered your search **criteria**, click the **Submit** button at the bottom
page. To clear your search choices, **click** **Reset** **Click here for help**

### Search by Contact Information

| | | |
|---|---|---|
| Bar Card Number | | Enter or |
| First Name | RICHARD A | search the left. |
| Last Name | SMITH | You ma |
| Former Name | | these cr |
| Nick Name | | any of t |
| Organization/Firm | | below. |

### Search by Education, Certifications, Services

| | | |
|---|---|---|
| TBLS Certifications | Administrative **Law** <br> Bankruptcy <br> Business **Bankruptcy** Law | Click to <br> one or <br> search <br> the left. |
| Practice Area | Administrative **and** Public <br> ADR <br> Antitrust | Hold do <br> CTRL k |
| Services Provided | | click to <br> multiple |











| | Language Translation |
| | Hearing Impaired Translation |
| | ADA-accessible client service |
| Languages Spoken | Arabic ▲ |
| | Chinese |
| | French ▼ |
| Law School | Advani Law School ▲ |
| | Albany Law School |
| | American College Of Law ▼ |

## Search by Location                     OR       Search by Z

City [                    ]                          Zip Code [

Select a Texas City
A search including 'City' will use 'Country' = US and 'State'=Texas, unless
otherwise specified

State            [ Select State          ▼ ]
Texas County     [                    ▼ ]
Region/Province  [                    ]

Country          [ Select Country      ▼ ]

## Search by Other Bar Information

Bar District    [ ▼ ]
TYLA District   [ ▼ ]

Please set the maximum number of results you would like displayed on each
page of the search results

**Reset** |

The Online Membership Directory provides basic information about Attorneys licensed to practic
Attorney profile information is provided as a public service by the State Bar of Texas as outlined
81.115 of the Texas Government Code. The information contained herein is provided "as is" with
any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any ei
thereof may be held responsible for the accuracy of the data. Much of the information has been p
attorney and is required to be reviewed and updated by the attorney annually. Texas grievance/di
information will not appear on the profile until a final determination is reached. Access to this site
for public use only. Any unauthorized use of this system is subject to both civil and criminal pena
does not constitute a certified lawyer referral service.

Home    Calendar    Shopping Cart    Contact Us    Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U



State Bar of Texas



Sections & Committees →

Other Bar Groups →

Pro Bono & Community → Service

Client Assistance & → Grievance

Professional Requirements →

News & Publications →

Other Services →

Additional Information → for the Public

About the State Bar →

eFiling for Courts →

★ FIND A LAWYER

Bar Card #

First Name

Last Name

Search

**Need a Lawyer?**
Get a Referral

Online Member Directory

Print this page

## Search Results

You may re-sort your search results by clicking on the column titles. | Return to Search

**Results For:  First Name:** RICHARD A **Last Name:** SMITH

Your search has returned no result.

#### Return to Search

The Online Membership Directory provides basic information about Attorneys licensed to practice Attorney profile information is provided as a public service by the State Bar of Texas as outlined in 81.115 of the Texas Government Code. The information contained herein is provided "as is" with n any kind, express or implied. Neither the State Bar of Texas, nor its Board of Directors, nor any em may be held responsible for the accuracy of the data. Much of the information has been provided l and is required to be reviewed and updated by the attorney annually. Texas grievance/disciplinary will not appear on the profile until a final determination is reached. Access to this site is authorize only. Any unauthorized use of this system is subject to both civil and criminal penalties. This does a certified lawyer referral service.

Case 2:06-cv-02536-SJF-ARL   Document 1   Filed 05/23/06   Page 71 of 71 PageID #: 73











Home    Calendar    **Shopping** Cart    Contact Us    Site Map

© 2006 State Bar of Texas. All rights reserved. privacy policy  disclaimer Advertise With U